**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | C.B. Services, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

3. **Debtor's federal Employer Identification Number (EIN)**

  7  5 – 1  3  9  2  8  8  0

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **540 Indian Creek**<br>Number     Street | **3317 Finley Road, Ste. 104**<br>Number     Street |
| | P.O. Box |
| **Trophy Club**          **TX**     **76262**<br>City                    State    ZIP Code | **Irving**          **TX**     **75062**<br>City                    State    ZIP Code |
| **Denton**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number     Street |
| | City                    State    ZIP Code |

5. **Debtor's website (URL)**   _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __C.B. Services, Inc._____          Case number (if known) _____

| | |
|---|---|
| **7.** | **Describe debtor's business** |

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__2__   __3__   __8__   __9__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.   *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____   When _____   Case number _____
                                                  MM / DD / YYYY

              District _____   When _____   Case number _____
                                                  MM / DD / YYYY

              District _____   When _____   Case number _____
                                                  MM / DD / YYYY

Debtor __C.B. Services, Inc.__        Case number (if known) _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |

           ☐ Yes.  Debtor _____  Relationship _____

List all cases. If more than 1, attach a separate list.

          District _____  When _____
                                                         MM / DD / YYYY

          Case number, if known _____

          Debtor _____  Relationship _____

          District _____  When _____
                                                         MM / DD / YYYY

          Case number, if known _____

---

**11.** **Why is the case filed in _this district_?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

      **Why does the property need immediate attention?**    *(Check all that apply.)*

      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
         What is the hazard? _____

      ☐ It needs to be physically secured or protected from the weather.

      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

      ☐ Other _____

      **Where is the property?** _____
                  Number     Street

          _____

          City _____  State ____  ZIP Code _____

      **Is the property insured?**

      ☐ No
      ☐ Yes.  Insurance agency _____

                Contact name _____

                Phone _____

---

### Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

Debtor **C.B. Services, Inc.**                                                                         Case number (if known) _____

**14.  Estimated number of**
**creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.  Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of**
**authorized representative**
**of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/13/2018**
          MM / DD / YYYY

X **/s/ Charles Bishop**                                         **Charles Bishop**
   Signature of authorized representative of debtor        Printed name

Title **President**

**18.  Signature of attorney**

X **/s/ Christopher J. Moser**                                  Date **07/13/2018**
   Signature of attorney for debtor                             MM / DD / YYYY

**Christopher J. Moser**
Printed name

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
Firm name

**2001 Bryan Street, Suite 1800**
Number          Street

**Dallas**                                                 **TX**          **75201**
City                                                        State          ZIP Code

**(214) 871-2100**                                          **cmoser@qslwm.com**
Contact phone                                               Email address

**14572500**                                                **TX**
Bar number                                                  State

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **C.B. Services, Inc.**                                   CASE NO

                                                                  CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  7/13/2018 _____        Signature   _/s/ Charles Bishop_____
                                                          *Charles Bishop*
                                                          *President*


Date _____          Signature _____

Debtor(s): **C.B. Services, Inc.**
Case No:
Chapter: **11**

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

A G C OF TEXAS
P.O. BOX 2185
AUSTIN, TX 78768

DICKERSON CONST. CO., INC.
P.O. BOX 181
CELINA, TX 75009

Hayden Trucking
11540 Eagle Vista Dr.
Ft Worth, TX 76179

A.J.R. METALWORKS, INC.
2825 REWARD LN.
DALLAS, TX 75220-1507

DON TIDWELL'S
P.O. BOX 226504
DALLAS, TX 75222-6504

HRE The Atrium LLC
P.O. BOX 54577
HURST, TX 76054

Advance Kwik Lube
3415 N. Beltline Rd.
Irving, TX 75062

DSI UNDERGROUND SYSTEMS, INC.
P.O. BOX 639003
CINCINNATI, OH 45263-9003

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

AMTEK INFORMATION SERVICE
P.O. BOX 1832
TOMBALL, TX 77377-1832

EXPRESS CARE OF IRVING
3415 N. BELTLINE RD.
IRVING, TX 75062

J.L.D. TRUCKING, INC.
P.O. BOX 458
CELINA, TX 75009

BELL NUNNALLY
3232 MCKINNEY AVE., STE 1400
DALLAS, TX 75204-2429

F & R MACHINE SERVICES, INC.
7217 HARRY HINES BLVD.
DALLAS, TX 75235

JACK RAY & SONS OIL CO.
P.O. BOX 153553
IRVING, TX 75015

Charles Bishop
540 Indian Creek
Trophy Club, TX 76262

FEDERAL EXPRESS CORP.
P.O. BOX 660481
DALLAS, TX 75266-0481

JOE JETER SALES
306 HOCKADAY AVE.
GARLAND, TX 75043-2215

CHARLES PITTS TRUCKING
P.O. BOX 154
BRIDGEPORT, TX 76426

FGMS Holdings, LLC
8401 Datapoint Drive, Ste. 1000
San Antonio, TX 78229

Manuel Viera
3317 Finley Road, Ste. 104
Irving, TX 75062

CORNWELL JACKSON, PLLC
6865 WINDCREST DR., STE. 100
PLANO, TX 75024

FRONTIER COMMUNICATIONS
P.O. BOX 740407
CINCINNATI, OH 45274-0407

Margaret Bishop
540 Indian Creek
Trophy Club, TX 76262

CRANE INSPECTORS INC.
P.O. BOX 451
KRUM, TX 76249

FT. WORTH WATER DEPARTMENT
P.O. BOX 870
FORT WORTH, TX 76101-0870

METROPLEX WELDING SUPPLY INC.
1970 W. NORTHWEST HWY.
DALLAS, TX 75220

Dallas County Tax Assessor
1201 Elm Street, Ste. 2600
Dallas, TX 75270

GRAINGER
DEPT. 802382820
PALATINE, IL 60038-0001

NORTHEAST SERVICE, INC.
P.O. BOX 1185
KENNEDALE, TX 76060

NUCA of Texas, Inc.
P.O. BOX 331694
FORT WORTH, TX 76163-1694

U.S. SHORING & EQUIPMENT CO.
11070 S. Pipeline Rd.
Euless, TX 76040

Office of the U.S. Trustee
110 N. College Ave., Suite 300
Tyler, Texas 75702

UNIFIRST HOLDINGS, INC.
200 N. SAM HOUSTON RD.
MESQUITE, TX 75149

Peoples United Equipment Finance
1300 Post Oak Blvd., Ste. 1300
Houston, TX 77056

UNITED SITE SERVICES
P.O. BOX 660475
DALLAS, TX 75266-0475

Q.F.C.
P.O. BOX 441
WEATHERFORD, TX 76086

REPUBLIC SERVICES #794
P.O. BOX 78829
PHOENIX, AZ 85062-8829

State of Texas
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528

STUART HOSE & PIPE COMPANY
701 RIVERSIDE DR.
FORT WORTH, TX 76111

SUNBELT RENTALS, INC.
P.O. BOX 409211
ATLANTA, GA 30384-9211

Texas Workforce Commission
101 E. 15th St., Room 370
Austin, TX 78778-0001

U S TREN-TECH LLC
828 HOWELL DR.
COPPELL, TX 75019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| C.B. SERVICES, INC. | § | CASE NO. 18-_____ |
| | § | (Chapter 11) |
| DEBTOR. | § | |
| | § | |

## DEBTOR'S STATEMENT REGARDING STATEMENT OF OPERATIONS AND CASH FLOW STATEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

1.      My name is Charles Bishop.  I am over eighteen years of age and fully competent to make this statement.  I have personal knowledge of all facts stated herein, and they are all true and correct.

2.      I am the President of C.B. Services, Inc.

3.      I have not prepared a statement of operations or cash-flow statement for C.B. Services, Inc., nor am I aware that anyone else has prepared these documents on its behalf.

4.      I declare under penalty of perjury that the statements contained in this Declaration are true and correct to the best of my knowledge, information, and belief.

Date:  July _13th_, 2018.

Charles Bishop, President
C.B. Services, Inc.

5/7/2018

2:50 PM

# C.B. SERVICES, INC.

## Balance Sheet
### For Period Ending 6/30/2017

| | Book Value<br>Jun 2017<br>Actual |
|---|---|
| **Assets** | |
| **Current Assets** | |
| **Cash** | |
| CASH IN BANK - IRVING NAT'L. | 15,937.92 |
| **Accounts Receivable (Net)** | |
| ACCTS. RECEIVABLE TRADE | 358,673.71 |
| **Total Current Assets** | **$374,611.63** |
| **Fixed Assets** | |
| **Fixed Assets** | |
| **Furniture, Fixtures & Equipment** | |
| AUTOMOTIVE EQUIPMENT | 177,183.17 |
| MACHINERY & EQUIPMENT | 2,448,271.49 |
| FURNITURE AND FIXTURES | 36,771.00 |
| LAND | 71,487.00 |
| **Accumulated Depreciation** | |
| ACCUM. DEPR. - AUTOMOTIVE | (169,077.56) |
| ACCUM. DEPR. - M & E | (2,112,032.01) |
| ACCUM. DEPR. - FURNITURE | (36,771.00) |
| **Total Fixed Assets** | **$415,832.09** |
| **Other Assets** | |
| **Other Assets** | |
| SECURITY DEPOSITS | 5,876.03 |
| MEMBERSHIP - TROPHY CLUB | 5,300.00 |
| **Total Other Assets** | **$11,176.03** |
| **Total Assets** | **$801,619.75** |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| ACCOUNTS PAYABLE TRADE | 219,820.40 |
| **Other Current Liabilities** | |
| CHASE credit card | 12,998.73 |
| CAPITAL ONE credit card | 3,501.36 |
| AMERICAN EXPRESS credit card | 5,431.24 |
| FEDERAL WITHHOLDING PAYABLE | 82,567.61 |
| Federal Unemployment | 1,530.83 |
| FICA WITHHOLDING PAYABLE | 74,048.96 |
| State Unemployment | 428.17 |
| NOTE PAYABLE - OFFICER | 113,398.00 |
| **Total Current Liabilities** | **$513,725.30** |
| **Long Term Liabilities** | |
| **Long Term Liabilities** | |
| PEOPLE'S UNITED EQUIP FINANC | 291,777.96 |
| AMERICAN NATIONAL BANK | 8,987.66 |
| **Total Long Term Liabilities** | **$300,765.62** |
| **Total Liabilities** | **$814,490.92** |
| **Equity** | |
| **Capital** | |

5/7/2018

2:50 PM

# C.B. SERVICES, INC.

## Balance Sheet
### For Period Ending 6/30/2017

**Common Stock**

| | |
|---|---:|
| CAPITAL STOCK OUTSTANDING | 4,500.00 |
| TREASURY STOCK | (5,472.00) |

**Retained Earnings**

| | |
|---|---:|
| BEGINNING RETAINED EARNINGS | (11,899.17) |
| **Total Equity** | **($12,871.17)** |
| **Total Liabilities and Equity** | **$801,619.75** |

**Form 1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2015 or tax year
beginning **JULY 1, 2015**, ending **JUNE 30, 2016**

▶ Information about Form 1120 and its separate instructions is at www.irs.gov/form1120.

OMB No. 1545-0123

**2015**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

Name: **C.B. SERVICES, INC.**

Number, street, and room or suite no. If a P.O. box, see instructions.
**PO BOX 36074**

City or town, state, or province, country, and ZIP or foreign postal code
**DALLAS, TX 75235**

**B** Employer identification number
**75-1392880**

**C** Date incorporated
**06/19/1970**

**D** Total assets (see instructions)
$ **1,130,930.**

**E Check if:** (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Name change   (4) ☐ Address change

| | | | | |
|---|---|---|---|---|
| **Income** | 1a Gross receipts or sales | 1a | 1,853,582. | |
| | b Returns and allowances | 1b | | |
| | c Balance. Subtract line 1b from line 1a | | 1c | 1,853,582. |
| | 2 Cost of goods sold (attach Form 1125-A) | | 2 | 171,009. |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 | 1,682,573. |
| | 4 Dividends (Schedule C, line 19) | | 4 | |
| | 5 Interest | | 5 | |
| | 6 Gross rents | | 6 | |
| | 7 Gross royalties | | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 9 | |
| | 10 Other income (attach statement) **SEE STATEMENT 1** | | 10 | 3,462. |
| | 11 **Total income.** Add lines 3 through 10 | ▶ | 11 | 1,686,035. |

| | | | | |
|---|---|---|---|---|
| **Deductions (See instructions for limitations on deductions.)** | 12 Compensation of officers (attach Form 1125-E) | ▶ | 12 | 63,600. |
| | 13 Salaries and wages (less employment credits) | | 13 | 1,211,733. |
| | 14 Repairs and maintenance | | 14 | 56,176. |
| | 15 Bad debts | | 15 | |
| | 16 Rents | | 16 | 16,451. |
| | 17 Taxes and licenses **SEE STATEMENT 2** | | 17 | 102,811. |
| | 18 Interest | | 18 | 62,892. |
| | 19 Charitable contributions | | 19 | |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | 20 | 154,964. |
| | 21 Depletion | | 21 | |
| | 22 Advertising | | 22 | |
| | 23 Pension, profit-sharing, etc., plans | | 23 | |
| | 24 Employee benefit programs | | 24 | |
| | 25 Domestic production activities deduction (attach Form 8903) | | 25 | |
| | 26 Other deductions (attach statement) **SEE STATEMENT 3** | | 26 | 557,135. |
| | 27 **Total deductions.** Add lines 12 through 26 | ▶ | 27 | 2,225,762. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | -539,727. |
| | 29a Net operating loss deduction (see instructions) **STATEMENT 4** | 29a | 0. | |
| | b Special deductions (Schedule C, line 20) | 29b | | |
| | c Add lines 29a and 29b | | 29c | |

| | | | | |
|---|---|---|---|---|
| **Tax, Refundable Credits, and Payments** | 30 **Taxable income.** Subtract line 29c from line 28 (see instructions) | | 30 | -539,727. |
| | 31 Total tax (Schedule J, Part I, line 11) | | 31 | 0. |
| | 32 Total payments and refundable credits (Schedule J, Part II, line 21) | | 32 | 5,739. |
| | 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached | ▶ ☐ | 33 | |
| | 34 Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed | | 34 | 0. |
| | 35 Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | | 35 | 5,739. |
| | 36 Enter amount from line 35 you want: Credited to 2016 estimated tax ▶ **5,739.** Refunded ▶ | | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____   ▶ **PRESIDENT** Title

May the IRS discuss this return with the preparer shown below? ☒ Yes ☐ No

**Paid Preparer Use Only**

| | |
|---|---|
| Print/Type preparer's name **GARY JACKSON** | Preparer's signature _____ Date _____ Check ☐ if self-employed · PTIN ▉ |
| Firm's name ▶ **CORNWELL JACKSON, PLLC** | Firm's EIN ▶ **27-4461251** |
| Firm's address ▶ **6865 WINDCREST DR, SUITE 100** **PLANO, TX 75024** | Phone no. **(972) 202-8000** |

511601
12-28-15   JWA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120** (2015)

1

Form 1120 (2015)   **C.B. SERVICES, INC.**                                    75-1392880   Page **2**

| Schedule C | Dividends and Special Deductions (see instructions) | (a) Dividends received | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8 | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

Form **1120** (2015)

511611
12-28-15   JWA

17340317 759501 6262.0          2015.05050 C.B. SERVICES, INC.          6262.0_1

Form 1120 (2015)   C.B. SERVICES, INC.                                    75-1392880   Page 3

## Schedule J   Tax Computation and Payment (see instructions)

### Part I - Tax Computation

| | | | | |
|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) ▶ ☐ | | 2 | 0. |
| 3 | Alternative minimum tax (attach Form 4626) | | 3 | |
| 4 | Add lines 2 and 3 | | 4 | 0. |
| 5a | Foreign tax credit (attach Form 1118) | 5a | | |
| b | Credit from Form 8834 (see instructions) | 5b | | |
| c | General business credit (attach Form 3800) | 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | | |
| e | Bond credits from Form 8912 | 5e | | |
| 6 | Total credits. Add lines 5a through 5e | | 6 | |
| 7 | Subtract line 6 from line 4 | | 7 | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | | |
| c | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 9c | | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) | 9d | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | | |
| f | Other (see instructions - attach statement) | 9f | | |
| 10 | Total. Add lines 9a through 9f | | 10 | |
| 11 | Total tax. Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | 11 | 0. |

### Part II - Payments and Refundable Credits

| | | | | |
|---|---|---|---|---|
| 12 | 2014 overpayment credited to 2015 | | 12 | 5,739. |
| 13 | 2015 estimated tax payments | | 13 | |
| 14 | 2015 refund applied for on Form 4466 | | 14 | ( ) |
| 15 | Combine lines 12, 13, and 14 | | 15 | 5,739. |
| 16 | Tax deposited with Form 7004 | | 16 | |
| 17 | Withholding (see instructions) | | 17 | |
| 18 | Total payments. Add lines 15, 16, and 17 | | 18 | 5,739. |
| 19 | Refundable credits from: | | | |
| a | Form 2439 | 19a | | |
| b | Form 4136 | 19b | | |
| c | Form 8827, line 8c | 19c | | |
| d | Other (attach statement - see instructions) | 19d | | |
| 20 | Total credits. Add lines 19a through 19d | | 20 | |
| 21 | Total payments and credits. Add lines 18 and 20. Enter here and on page 1, line 32 | | 21 | 5,739. |

## Schedule K   Other Information (see instructions)

|  |  | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ 238900 | | |
| b | Business activity ▶ CONTRACTOR | | |
| c | Product or service ▶ BORING/TUNNELING | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | X | |

Form **1120** (2015)

511621
12-28-15   JWA

17340317 759501 6262.0              2015.05050 C.B. SERVICES, INC.          6262.0_1

Form 1120 (2015)  C.B. SERVICES, INC.     75-1392880   Page **4**

## Schedule K   Other Information continued (see instructions)

|  | Yes | No |
|---|---|---|
| **5** At the end of the tax year, did the corporation: | | |
| **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions | | X |

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions | | | X |

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

|  | Yes | No |
|---|---|---|
| **6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) | | X |
|   If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. | | |
|   If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| **7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock? | | X |
|   For rules of attribution, see section 318. If "Yes," enter: | | |
|   (i) Percentage owned ▶ _____ and (ii) Owner's country ▶ _____ | | |
|   (c) The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____ | | |
| **8** Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ | | |
|   If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____ | | |
| **10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____ | | |
| **11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐ | | |
|   If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| **12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) ▶ $ _____506,208. | | |
| **13** Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year and its total assets at the end of the tax year less than $250,000? | | X |
|   If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $ _____ | | |
| **14** Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement (see instructions)? | | X |
|   If "Yes," complete and attach Schedule UTP. | | |
| **15a** Did the corporation make any payments in 2015 that would require it to file Form(s) 1099? | X | |
|   **b** If "Yes," did or will the corporation file required Forms 1099? | X | |
| **16** During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? | | X |
| **17** During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| **18** Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |

511632
12-28-15   JWA      Form **1120** (2015)

Form 1120 (2015)   C.B. SERVICES, INC.   75-1392880   Page **5**

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 69,854. | | 0. |
| 2a Trade notes and accounts receivable | 599,905. | | 548,957. | |
| b Less allowance for bad debts | ( ) | 599,905. | ( ) | 548,957. |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (att. stmt.)   STMT 5 | | 600. | | 0. |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (att. stmt.) | | | | |
| 10a Buildings and other depreciable assets | 2,589,078. | | 2,662,226. | |
| b Less accumulated depreciation | 2,162,916. | 426,162. | 2,162,916. | 499,310. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | 71,487. | | 71,487. |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 14 Other assets (att. stmt.)   STMT 6 | | 11,176. | | 11,176. |
| 15 Total assets | | 1,179,184. | | 1,130,930. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 400,948. | | 768,029. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (att. stmt.)   STMT 7 | | -9,590. | | 31,215. |
| 19 Loans from shareholders | | 70,848. | | 88,548. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | 486,621. | | 400,073. |
| 21 Other liabilities (att. stmt.) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
| b Common stock | 4,500. | 4,500. | 4,500. | 4,500. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings - Appropriated (attach statement) | | | | |
| 25 Retained earnings - Unappropriated | | 231,331. | | -155,963. |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock | | ( 5,474.) | | ( 5,472.) |
| 28 Total liabilities and shareholders' equity | | 1,179,184. | | 1,130,930. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: The corporation may be required to file Schedule M-3 (see instructions).

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss) per books | -387,294. | | 7 Income recorded on books this year not | | |
| 2 Federal income tax per books | | | included on this return (itemize): | | |
| 3 Excess of capital losses over capital gains | | | Tax-exempt interest    $ | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | | | | |
| | | | 8 Deductions on this return not charged | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | | against book income this year (itemize): | | |
| a Depreciation    $ | | | a Depreciation    $   154,964. | | |
| b Charitable contributions    $ | | | b Charitable contributions    $ | | |
| c Travel and entertainment    $   2,531. | | | | | 154,964. |
| | | 2,531. | 9 Add lines 7 and 8 | | 154,964. |
| 6 Add lines 1 through 5 | | -384,763. | 10 Income (page 1, line 28) - line 6 less line 9 | | -539,727. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 Balance at beginning of year | 231,331. | | 5 Distributions: a Cash | | |
| 2 Net income (loss) per books | -387,294. | | b Stock | | |
| 3 Other increases (itemize): | | | c Property | | |
| | | | 6 Other decreases (itemize): | | |
| | | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1, 2, and 3 | -155,963. | | 8 Balance at end of year (line 4 less line 7) | | -155,963. |

511631
12-28-15   JWA

Form **1120** (2015)

17340317 759501 6262.0                    2015.05050 C.B. SERVICES, INC.                    6262.0_1

Form **1125-A**

(Rev. December 2012)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.

▶ Information about Form 1125-A and its instructions is at www.irs.gov/form1125a.

OMB No. 1545-2225

Name

C.B. SERVICES, INC.

Employer Identification number

75-1392880

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule)          SEE STATEMENT 8 | 4 | 171,009. |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 171,009. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return (see instructions) | 8 | 171,009. |

**9 a** Check all methods used for valuing closing inventory:

   (i) ☐ Cost

   (ii) ☐ Lower of cost or market

   (iii) ☐ Other (Specify method used and attach explanation) ▶ _____

  **b** Check if there was a writedown of subnormal goods ................................................................. ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............... ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | **9d** | |

  **e** If property is produced or acquired for resale, do the rules of Section 263A apply to the corporation? ..................... ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ............... ☐ Yes ☒ No

    If "Yes," attach explanation.

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-A** (Rev. 12-2012)

524441
04-01-15

17340317 759501 6262.0          2015.05050 C.B. SERVICES, INC.          6262.0_1

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ Attach to Form 1120.

OMB No. 1545-0123

Name

C.B. SERVICES, INC.

Employer identification number (EIN)

75-1392880

**Part I**   **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**   **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| W C BISHOP | ███████ | UNITED STATES | 100.00% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.
517701
04-01-15    JWA

Schedule G (Form 1120) (Rev. 12-2011)

7

Form **1125-E**

(Rev. December 2013)

Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.

▶ Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.

OMB No. 1545-2225

Name

**C.B. SERVICES, INC.**

Employer Identification number

**75-1392880**

**Note.** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 W C. BISHOP | | 100% | 100.00% | | 63,600. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| **2** Total compensation of officers | | **2** | 63,600. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return | | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | | **4** | 63,600. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 12-2013)

524451 04-01-15

17340317 759501 6262.0          2015.05050 C.B. SERVICES, INC.          6262.0_1

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property)   OTHER | | OMB No. 1545-0172 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to your tax return. ▶ Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562.* | | **2015** Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| C.B. SERVICES, INC. | OTHER DEPRECIATION | 75-1392880 |

**Part I**  Election To Expense Certain Property Under Section 179  Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2014 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | | **12** | |
| 13 | Carryover of disallowed deduction to 2016. Add lines 9 and 10, less line 12 ▶ | **13** | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II**  Special Depreciation Allowance and Other Depreciation (Do **not** include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | 36,574. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III**  MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2015 | **17** | 106,802. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2015 Tax Year Using the General Depreciation System**

| | (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|---|
| 19a | 3-year property | | | | | | |
| b | 5-year property | | | | | | |
| c | 7-year property | | 36,573. | 7.0 YRS | HY | 200DB | 5,225. |
| d | 10-year property | | | | | | |
| e | 15-year property | | | | | | |
| f | 20-year property | | | | | | |
| g | 25-year property | | | 25 yrs. | | S/L | |
| h | Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | | / | | 27.5 yrs. | MM | S/L | |
| i | Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2015 Tax Year Using the Alternative Depreciation System**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20a | Class life | | | | | S/L | |
| b | 12-year | | | 12 yrs. | | S/L | |
| c | 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 6,363. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 154,964. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

516251 12-28-15   LHA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2015)

17340317 759501 6262.0                    2015.05050 C.B. SERVICES, INC.                    6262.0_1

Form 4562 (2015)  **C.B. SERVICES, INC.**  75-1392880  Page **2**

## Part V  Listed Property (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed?  [X] **Yes**  [ ] **No**   **24b** If "Yes," is the evidence written?  [X] **Yes**  [ ] **No**

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | **25** | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| SEE STATEMENT 9 | | % | | | | | 6,363. | |
| | : : | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | **28** | 6,363. | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | **29** | |

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**do not** include commuting miles) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | | |
| **39** Do you treat all use of vehicles by employees as personal use? | | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? | | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

## Part VI  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2015 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| **43** Amortization of costs that began before your 2015 tax year | | | | **43** | |
| **44 Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | |

516252 12-28-15

Form **4562** (2015)

17340317 759501 6262.0                    2015.05050 C.B. SERVICES, INC.                    6262.0_1

**C.B. SERVICES, INC.**                                            75-1392880

| FORM 1120 | OTHER INCOME | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER INCOME | 3,462. |
| TOTAL TO FORM 1120, LINE 10 | 3,462. |

| FORM 1120 | TAXES AND LICENSES | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER TAXES | 782. |
| PAYROLL | 102,029. |
| TOTAL TO FORM 1120, LINE 17 | 102,811. |

| FORM 1120 | OTHER DEDUCTIONS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| AUTO AND TRUCK EXPENSES | 111,974. |
| BANK CHARGES | 1,076. |
| DUES AND SUBSCRIPTIONS | 3,058. |
| EQUIPMENT RENTAL | 160,708. |
| INSURANCE | 82,116. |
| LEGAL AND PROFESSIONAL FEES | 40,690. |
| MEALS AND ENTERTAINMENT | 2,531. |
| MISC. | 1,550. |
| OFFICE EXPENSE | 18,592. |
| OTHER INCOME | -1,051. |
| SMALL TOOLS & SUPPLIES | 63,500. |
| TAXES - FRANCHISE | 14,235. |
| TELEPHONE | 12,385. |
| TRAVEL | 12,061. |
| UTILITIES | 4,611. |
| WORKER'S COMP | 29,099. |
| TOTAL TO FORM 1120, LINE 26 | 557,135. |

C.B. SERVICES, INC.                                                    75-1392880

| | NET OPERATING LOSS DEDUCTION | | | STATEMENT 4 |
|---|---|---|---|---|
| TAX YEAR | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING | AVAILABLE THIS YEAR |
| 06/30/09 | 281,767. | 88,294. | 193,473. | 193,473. |
| 06/30/15 | 312,735. | | 312,735. | 312,735. |
| NOL AVAILABLE THIS YEAR | | | 506,208. | 506,208. |

| SCHEDULE L | OTHER CURRENT ASSETS | | STATEMENT 5 |
|---|---|---|---|
| DESCRIPTION | | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| ADVANCES | | 600. | 0. |
| TOTAL TO SCHEDULE L, LINE 6 | | 600. | 0. |

| SCHEDULE L | OTHER ASSETS | | STATEMENT 6 |
|---|---|---|---|
| DESCRIPTION | | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| MEMBERSHIP - TROPHY CLUB | | 5,300. | 5,300. |
| SECURITY DEPOSITS | | 5,876. | 5,876. |
| TOTAL TO SCHEDULE L, LINE 14 | | 11,176. | 11,176. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | | STATEMENT 7 |
|---|---|---|---|
| DESCRIPTION | | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| CREDIT CARD | | 0. | 10,148. |
| FEDERAL INCOME TAX PAYABLE | | -6,460. | 0. |
| FEDERAL UNEMPLOYMENT | | 0. | 514. |
| OTHER LIABILITIES | | 0. | 16,517. |
| OTHER PAYROLL LIABILITIES | | 0. | 3,565. |
| PAYROLL TAXES PAYABLE | | -3,130. | 0. |
| STATE UNEMPLOYMENT | | 0. | 471. |
| TOTAL TO SCHEDULE L, LINE 18 | | -9,590. | 31,215. |

**C.B. SERVICES, INC.**                                                          75-1392880

| FORM 1125-A | ADDITIONAL SECTION 263A COSTS | STATEMENT 8 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| FREIGHT | 12,650. |
| MATERIALS AND SUPPLIES | 155,333. |
| OUTSIDE SERVICES | 3,026. |
| TOTAL TO LINE 4 | 171,009. |

**C.B. SERVICES, INC.**                                                              75-1392880

**FORM 4562**                    LISTED PROPERTY INFORMATION-MORE THAN 50%        STATEMENT 9

| (A) DESCRIPTION | (B) DATE | (C) BUS. % | (D) COST | (E) BASIS | (F) LIFE | (G) MTH/CV | (H) DEDUCTION | (I) 179 ELECTED |
|---|---|---|---|---|---|---|---|---|
| (K) TOTAL MILES | (L) BUSINESS MILES | (M) COMMUTING MILES | (N) PERSONAL MILES | (O) WAS VEH. AVAIL.? Y  N | (P) > 5% OWNER? Y  N | (Q) ANOTHER VEH. AVAILABLE? Y  N | | |
| FORD F350 TRUCK | 09/01/06 | | 4,287. | 4,287. | 5.0 | 200DBHY | | |
| 2000 FORD P/ | 07/01/06 | | 18,772. | | 5.0 | 200DBHY | | |
| 2000 FORD P/ | 07/01/06 | | 17,861. | | 5.0 | 200DBHY | | |
| FORD F650 | 12/01/06 | | 11,500. | | 5.0 | 200DBHY | | |
| FORD F150 PU | 12/01/06 | | 9,687. | | 5.0 | 200DBHY | | |
| 2010 EXPEDITION | 01/01/10 | | 52,508. | | 5.0 | 200DBHY | | |
| TRUCK PRIME | 01/01/13 | | 13,250. | | 5.0 | 200DBHY | 763. | |
| 08 FORD F350 | 04/23/15 | | 27,179. | | 5.0 | 200DBHY | 5,600. | |
| FORD EXPEDITION | 09/01/00 | | 40,111. | | 5.0 | 200DBHY | | |
| FORD EXPED 2 | 10/01/06 | | 16,629. | | 5.0 | 200DBHY | | |
| 01 FORD EXCURSION | 07/01/06 | | 19,281. | | 5.0 | 200DBHY | | |

TOTALS TO FORM 4562, PART V, LINE 26                                             6,363.