### Fill in this information to identify the case

Debtor name __**C.B. Services, Inc.**__

United States Bankruptcy Court for the: __**EASTERN DISTRICT OF TEXAS**__

Case number __**18-41527**__
(if known)

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Veritex Bank** | **Checking account** | **9  6  6  0** | $43,514.33 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $43,514.33

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor  **C.B. Services, Inc.**                                    Case number (if known)  **18-41527**
        Name

**Current value of
debtor's interest**

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

| | |
|---|---:|
| | **$0.00** |

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐  No.  Go to Part 4.
☑  Yes.  Fill in the information below.

**Current value of
debtor's interest**

**11.  Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 11a.  90 days old or less: | **$61,368.75** | – | **$0.00** | = ............. ➔ | | **$61,368.75** |
| 11b.  Over 90 days old: | **$165,317.20** | – | **$0.00** | = ............. ➔ | | **$165,317.20** |

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---:|
| | **$226,685.95** |

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☑  No.  Go to Part 5.
☐  Yes.  Fill in the information below.

**Valuation method
used for current value**          **Current value of
debtor's interest**

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

| | |
|---|---:|
| | **$0.00** |

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☑  No.  Go to Part 6.
☐  Yes.  Fill in the information below.

Debtor  __C.B. Services, Inc._____   Case number (if known) __18-41527_____
           Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

Debtor   **C.B. Services, Inc.**_____   Case number (if known)   **18-41527**_____
Name

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **Office fixtures** | | | **$100.00** |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **2 Computers and printer** | | | **$500.00** |

**42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$600.00** |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **1987 Mack Water Truck** | | **Liquidation** | **$4,000.00** |
| 47.2.  **1995 Ford F800 (approx. 55,437 miles)** | | **Liquidation** | **$12,000.00** |
| 47.3.  **1996 Ford F250 (approx. 291,386 miles)** | | **Liquidation** | **$675.00** |
| 47.4.  **1997 Ford F450 (approx. 200,000 miles)** | | **Liquidation** | **$3,000.00** |
| 47.5.  **1999 Ford F350 (approx. 296,898 miles)** | | **Liquidation** | **$1,500.00** |
| 47.6.  **2000 Ford Excursion (approx. 520,185 miles)** | | **Liquidation** | **$1,400.00** |
| 47.7.  **2000 Ford F250 (approx. 532,218 miles)** | | **Liquidation** | **$1,050.00** |
| 47.8.  **2000 Ford F250 (approx. 392,790 miles)** | | **Liquidation** | **$6,850.00** |

| Debtor | **C.B. Services, Inc.** | | Case number (if known) | **18-41527** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.9. | **2000 Ford F650 (approx. 177,426 miles)** | | **Liquidation** | **$6,000.00** |
| 47.10. | **2000 Ford F650 (approx. 205,427 miles)** | | **Liquidation** | **$5,000.00** |
| 47.11. | **2000 Ford Tractor (approx. 531,967 miles)** | | **Liquidation** | **$10,500.00** |
| 47.12. | **2001 Ford Excursion (approx. 400,000 miles)** | | **Liquidation** | **$1,850.00** |
| 47.13. | **2004 Ford F150 (approx. 350,000 miles)** | | **Liquidation** | **$900.00** |
| 47.14. | **2006 Ford F650 (approx. 295,668 miles)** | | **Liquidation** | **$12,000.00** |
| 47.15. | **2007 Ford Expedition (approx. 146,096 miles)** | | **Liquidation** | **$2,100.00** |
| 47.16. | **2008 Ford F350 (approx. 248,865 miles)** | | **Liquidation** | **$15,000.00** |
| 47.17. | **2010 Ford Expedition (approx. 120,000 miles)** | | **Liquidation** | **$7,500.00** |
| 47.18. | **1993 Great Dane Trailer** | | **Liquidation** | **$9,000.00** |
| 47.19. | **1995 Fontaine Trailer** | | **Liquidation** | **$9,000.00** |
| 47.20. | **1996 Utility Trailer** | | **Liquidation** | **$15,000.00** |
| 47.21. | **2006 Hefty Trailer** | | **Liquidation** | **$3,000.00** |
| 47.22. | **2006 Hefty Trailer** | | **Liquidation** | **$3,000.00** |
| 47.23. | **2011 Hefty Trailer** | | **Liquidation** | **$4,500.00** |

**48.**  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**  **Aircraft and accessories**

**50.**  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**Mustang hydraulic hammer, Manitex truck crane mounted on a 1995 Ford chassis, 3 Dry American auger boring machine, Stanley hydraulic breaker, Link-belt rough terrain crane with winches, Bobcat skid steer loader, Caterpillar loader backhoe, 2 LeRoi air compressors, John Deere generator set, Schwing concrete trailer pump, McLaughlin auger boring machine, Link-belt rough terrain crane, John Deere 4x4 loader backhoe, Deere hydraulic excavator, John Deere wheel loader, John Deere Skid Steer loader, Caterpillar hydraulic excavator, Hitachi Hydraulic excavator, MultiQuip portable gen set, and Akkerman pipe jacking equipment**     **$336,239.48**

**51.**  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.     **$471,064.48**

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | C.B. Services, Inc. | Case number (if known) | 18-41527 |
|---|---|---|---|
| | Name | | |

## Part 9:    Real property

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **101 W. Oakdale Road**<br>**Grand Prairie, TX 75050**<br>**Land in Grand Prairie, TX**<br>*****value listed is Debtor's best estimate** | **Fee Simple** | _____ | _____ | **$125,000.00** |
| 55.2. **Oil & Gas Lease with GHA Barnett, LLC**<br>*****value listed is estimted average amount of royalties received per year** | **Royalties** | _____ | _____ | **$3,500.00** |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| | **$128,500.00** |
|---|---|

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:    Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.

| | **$0.00** |
|---|---|

Debtor    **C.B. Services, Inc.**                                    Case number (if known) **18-41527**
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

---

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☒ Yes.  Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable**<br><br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br><br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| **Commerical general liability insurance policy with Cincinnati Casualty Company** | **$0.00** |
| **Automobile liability insurance policy with Cincinnati Casualty Company** | **$0.00** |
| **Umbrella liability insurance policy with Cincinnati Casualty Company** | **$0.00** |
| **Equipment floater policy for leased/rented and scheduled equipment with Cincinnati Casualty Company** | **$0.00** |
| **Workers compensation and employers' liability insurance policy with Texas Mutual Insurance Company** | **$0.00** |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **Claim pending against EMC Insurance, 717 Mulberry St., Des Moines, IA 50309, a bonding company, for unpaid work performed by Debtor** | **$69,120.00** |

**Nature of claim**    **Unpaid services performed by Debtor**

**Amount requested**    **$69,120.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| **Trophy Club membership** | **$5,300.00** |
|---|---|

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.

    | **$74,420.00** |
    |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor   **C.B. Services, Inc.**                                Case number (if known) **18-41527**
_____Name_____

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|

80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* — **$43,514.33**

81. **Deposits and prepayments.** *Copy line 9, Part 2.* — **$0.00**

82. **Accounts receivable.** *Copy line 12, Part 3.* — **$226,685.95**

83. **Investments.** *Copy line 17, Part 4.* — **$0.00**

84. **Inventory.** *Copy line 23, Part 5.* — **$0.00**

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* — **$0.00**

86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* — **$600.00**

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* — **$471,064.48**

88. **Real property.** *Copy line 56, Part 9*................................................➜   **$128,500.00**

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* — **$0.00**

90. **All other assets.** *Copy line 78, Part 11.*   +   **$74,420.00**

91. **Total.** Add lines 80 through 90 for each column.   91a. **$816,284.76**   +   91b. **$128,500.00**

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92...................................................................................   **$944,784.76**

**Fill in this information to identify the case:**

Debtor name   **C.B. Services, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number   **18-41527**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>**Dallas County**<br><br>**Creditor's mailing address**<br>**2777 N. Stemmons Freeway**<br>**Suite 1000**<br><br>**Dallas          TX    75207**<br><br>Creditor's email address, if known<br><br>**Date debt was incurred    2016 - 2018**<br>Last 4 digits of account number  ___ ___ ___ ___<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Ad Valorem Taxes**<br><br>**Describe the lien**<br>**Property Taxes / Statutory Lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $50,807.53 | $944,784.76 |

**Value listed as per Proof of Claim No. 1 filed on July 17, 2018**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $665,913.17

Debtor  **C.B. Services, Inc.**                                        Case number (if known) **18-41527**

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

---

**2.2**

Creditor's name
**Dallas County Tax Assessor**

Creditor's mailing address
**1201 Elm Street, Ste. 2600**

**Dallas            TX    75270**

Creditor's email address, if known

Date debt was incurred    **Est. 2018**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Ad Valorem Taxes**

Describe the lien
**Property Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,231.67**     **$944,784.76**

---

**2.3**

Creditor's name
**FGMS Holdings, LLC**

Creditor's mailing address
**8401 Datapoint Drive, Ste. 1000**

**San Antonio        TX    78229**

Creditor's email address, if known

Date debt was incurred    **2017**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Tracts 16 and 17, 101 W. Oakdale Road, Grand Prair**

Describe the lien
**Property Tax Lien / Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,578.69**     **$125,000.00**

**Per liens filed Dallas County Property Records:**
**$3,709.64 owed on Tract 16**
**$2,869.05 owed on Tract 17**

Debtor   **C.B. Services, Inc.**                                             Case number (if known) **18-41527**

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.4**

Creditor's name
**Internal Revenue Service**

Creditor's mailing address
**PO Box 7346**

_____

_____

**Philadelphia         PA     19101-7346**

Creditor's email address, if known

_____

Date debt was incurred    **2016 - 2017**

Last 4 digits of account
number            ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
            relative priority?

      ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

      ☐ Yes.  The relative priority of creditors is
            specified on lines _____

Describe debtor's property that is
subject to a lien

**Real and Personal Property**

Describe the lien

**941 Taxes / Statutory Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$320,577.96          $944,784.76

**Value listed as per IRS Proof of Claim No. 5 filed on July 18, 2018**

**2.5**

Creditor's name
**Irving ISD**

Creditor's mailing address
**2777 N. Stemmons Freeway**

**Suite 1000**

**Dallas           TX    75207**

Creditor's email address, if known

_____

Date debt was incurred    **2017 - 2018**

Last 4 digits of account
number            ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
            relative priority?

      ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

      ☐ Yes.  The relative priority of creditors is
            specified on lines _____

Describe debtor's property that is
subject to a lien

**Ad Valorem Taxes**

Describe the lien

**Property Taxes / Statutory Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$17,077.14          $944,784.76

**Value listed as per Proof of Claim No. 2 filed on July 17, 2018**

Debtor  __C.B. Services, Inc._____    Case number (if known) __18-41527__

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.6**

| Creditor's name | Describe debtor's property that is | $257,640.18 | $944,784.76 |
|---|---|---|---|
| **Peoples United Equipment Finance** | **subject to a lien** | | |

Creditor's mailing address
__1300 Post Oak Blvd., Ste. 1300__

**Describe the lien**

__Agreement_____

**Is the creditor an insider or related party?**

__Houston_____ __TX__  __77056__    ☑ No

Creditor's email address, if known    ☐ Yes

_____

**Is anyone else liable on this claim?**

Date debt was incurred  __12/08/2014__    ☐ No

Last 4 digits of account    ☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)
number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in
the same property?    ☐ Contingent

☑ No    ☐ Unliquidated

☐ Yes.  Have you already specified the    ☐ Disputed
    relative priority?

    ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
        specified on lines  _____

**Value listed as per Proof of Claim No. 4 filed on July 18, 2018**

**Fill in this information to identify the case:**

Debtor **C.B. Services, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **18-41527**
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No.  Go to Part 2.
   ☑ Yes.  Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,773.93 | $65,773.93 |

**2.1** Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia          PA      19101-7346**

Date or dates debt was incurred

**2017 - 2018**

Last 4 digits of account number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

**Value listed as per IRS Proof of Claim No. 5 filed on July 18, 2018**

Basis for the claim:

**941 Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$65,773.93**    Priority amount: **$65,773.93**

---

**2.2** Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**Franchise Tax Section**

**P.O. Box 149348**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin          TX      78714-9348**

Date or dates debt was incurred

**2018**

Last 4 digits of account number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

Basis for the claim:

**Franchise Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

Total claim: **$15,717.03**    Priority amount: **$15,717.03**

Debtor   **C.B. Services, Inc.** _____   Case number (if known)   **18-41527** _____

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.3**   Priority creditor's name and mailing address   |   As of the petition filing date, the claim is: *Check all that apply.*   |   **$0.00**   **$0.00**

**Texas Workforce Commission**

**101 E. 15th St., Room 370**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin                    TX        78778-0001**

**Basis for the claim:**
**Workers Compensation**

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:**   11 U.S.C. § 507(a)( **8** )

Debtor   __C.B. Services, Inc.__   Case number (if known) __18-41527__

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$972.95** |

__A G C OF TEXAS__

__P.O. BOX 2185__

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

__AUSTIN__                    __TX__   __78768__

**Basis for the claim:**
__Goods and/or Services__

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$114.92** |

__Advance Kwik Lube__

__3415 N. Beltline Rd.__

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

__Irving__                    __TX__   __75062__

**Basis for the claim:**
__Goods and/or Services__

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,217.79** |

__AMTEK INFORMATION SERVICE__

__P.O. BOX 1832__

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

__TOMBALL__                    __TX__   __77377-1832__

**Basis for the claim:**
__Goods and/or Services__

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor   **C.B. Services, Inc.**                                           Case number (if known)   **18-41527**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          Amount of claim

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,913.10 |

**BELL NUNNALLY**

**3232 MCKINNEY AVE., STE 1400**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**                    **TX**    **75204-2429**

Basis for the claim:
**Legal Services**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $90,728.64 |

**Charles Bishop**

**540 Indian Creek**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Trophy Club**              **TX**    **76262**

Basis for the claim:
**Personal Loans**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,700.00 |

**CORNWELL JACKSON, PLLC**

**6865 WINDCREST DR., STE. 100**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**PLANO**                     **TX**    **75024**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 |

**CRANE INSPECTORS INC.**

**P.O. BOX 451**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**KRUM**                      **TX**    **76249**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **C.B. Services, Inc.**                                    Case number (if known)   **18-41527**

---

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**          Amount of claim

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,086.00** |

**DICKERSON CONST. CO., INC.**

**P.O. BOX 181**

☐ Contingent
☐ Unliquidated
☐ Disputed

**CELINA**                 **TX**     **75009**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,435.63** |

**DON TIDWELL'S**

**P.O. BOX 226504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**                 **TX**     **75222-6504**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$463.60** |

**EXPRESS CARE OF IRVING**

**3415 N. BELTLINE RD.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**IRVING**                 **TX**     **75062**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$893.07** |

**F & R MACHINE SERVICES, INC.**

**7217 HARRY HINES BLVD.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**                 **TX**     **75235**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **C.B. Services, Inc.** | Case number (if known) | **18-41527** |

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65.43** |

**FEDERAL EXPRESS CORP.**

**P.O. BOX 660481**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **DALLAS** | **TX** | **75266-0481** |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$287.63** |

**FRONTIER COMMUNICATIONS**

**P.O. BOX 740407**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **CINCINNATI** | **OH** | **45274-0407** |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$390.33** |

**FT. WORTH WATER DEPARTMENT**

**P.O. BOX 870**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **FORT WORTH** | **TX** | **76101-0870** |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29.82** |

**GRAINGER**

**DEPT. 802382820**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **PALATINE** | **IL** | **60038-0001** |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **C.B. Services, Inc.**  Case number (if known) **18-41527**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.16** | Nonpriority creditor's name and mailing address |

**Hayden Trucking**

**11540 Eagle Vista Dr.**

**Ft Worth**          **TX**    **76179**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,250.00**

| **3.17** | Nonpriority creditor's name and mailing address |

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia**          **PA**    **19101-7346**

Date or dates debt was incurred   **2017 - 2018**

Last 4 digits of account number __ __ __ __

**Value listed as per IRS Proof of Claim No. 5 filed on July 18, 2018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Penalties on unpaid IRS taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,150.94**

| **3.18** | Nonpriority creditor's name and mailing address |

**JACK RAY & SONS OIL CO.**

**P.O. BOX 153553**

**IRVING**          **TX**    **75015**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$60,686.64**

| **3.19** | Nonpriority creditor's name and mailing address |

**Manuel Viera**

**3317 Finley Road, Ste. 104**

**Irving**          **TX**    **75062**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Workers Compensation Claim**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor   **C.B. Services, Inc.**                                          Case number (if known)   **18-41527**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.20**   Nonpriority creditor's name and mailing address

**Margaret Bishop**

**540 Indian Creek**

**Trophy Club**                          **TX      76262**

Date or dates debt was incurred      **2016 - 2017**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Personal Loans**

Is the claim subject to offset?
☑ No
☐ Yes

**$175,000.00**

---

**3.21**   Nonpriority creditor's name and mailing address

**METROPLEX WELDING SUPPLY INC.**

**1970 W. NORTHWEST HWY.**

**DALLAS**                          **TX      75220**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,428.29**

---

**3.22**   Nonpriority creditor's name and mailing address

**Morris & Tully Property Tax Service**

**P.O. Box 561071**

**Dallas**                          **TX      75356-1071**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$872.80**

---

**3.23**   Nonpriority creditor's name and mailing address

**NORTHEAST SERVICE, INC.**

**P.O. BOX 1185**

**KENNEDALE**                          **TX      76060**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,421.78**

| Debtor | **C.B. Services, Inc.** | Case number (if known) | **18-41527** |

---

## Part 2:   Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

**NUCA of Texas, Inc.**

**P.O. BOX 331694**

**FORT WORTH                TX        76163-1694**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,300.00**

| 3.25 | Nonpriority creditor's name and mailing address |
|---|---|

**Q.F.C.**

**P.O. BOX 441**

**WEATHERFORD                TX        76086**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$44,444.74**

| 3.26 | Nonpriority creditor's name and mailing address |
|---|---|

**REPUBLIC SERVICES #794**

**P.O. BOX 78829**

**PHOENIX                AZ        85062-8829**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$241.78**

| 3.27 | Nonpriority creditor's name and mailing address |
|---|---|

**STUART HOSE & PIPE COMPANY**

**701 RIVERSIDE DR.**

**FORT WORTH                TX        76111**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,774.81**

Debtor __C.B. Services, Inc._____  Case number (if known) __18-41527__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.28 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**U S TREN-TECH LLC**

**828 HOWELL DR.**

**COPPELL**                        **TX**      **75019**

Date or dates debt was incurred       _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$900.00

---

| 3.29 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**UNIFIRST HOLDINGS, INC.**

**200 N. SAM HOUSTON RD.**

**MESQUITE**                      **TX**      **75149**

Date or dates debt was incurred       _____

Last 4 digits of account number      __ __ __ __

**Proof of Claim No. 6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,947.16

---

| 3.30 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**UNITED SITE SERVICES**

**P.O. BOX 660475**

**DALLAS**                        **TX**      **75266-0475**

Date or dates debt was incurred       _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$305.98

---

Debtor   **C.B. Services, Inc.**                                    Case number (if known)   **18-41527**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   **State of Texas**                                Line   **2.2**

   **P.O. Box 13528, Capitol Station**          ☐  Not listed.  Explain:

   **Austin                    TX        78711-3528**

Debtor   **C.B. Services, Inc.**                                    Case number (if known)  **18-41527**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|     |     | Total of claim amounts |
| --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. **$81,490.96** |
| 5b. | **Total claims from Part 2** | 5b. + **$414,423.83** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. **$495,914.79** |

**Fill in this information to identify the case:**

Debtor name  **C.B. Services, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number  **18-41527**          Chapter  **11**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Storage Rental Agreement**<br>**Contract to be ASSUMED** | **A & F Storage** |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Highway 377, Colleyville, TX job**<br>**Contract to be ASSUMED** | **Glenn Cashon Construction** |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Culleoka 100LF - 12" casing for 6" water line job**<br>**Contract to be ASSUMED** | **Glenn Cashon Construction** |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Lease of office located at 3317 Finley Road, Ste. 104, Irving, TX 75062**<br>**Contract to be ASSUMED** | **Hieland Real Estate** |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  |  |

Debtor   __C.B. Services, Inc._____   Case number (if known) __18-41527_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5** State what the contract or lease is for and the nature of the debtor's interest

**Contract for Pottsboro, TX job**
**Contract to be ASSUMED**

**Lynn Vessels Constuction**

State the term remaining

List the contract number of any government contract

**2.6** State what the contract or lease is for and the nature of the debtor's interest

**Contract for Lindsey, TX job**
**Contract to be ASSUMED**

**Lynn Vessels Constuction**

State the term remaining

List the contract number of any government contract

**2.7** State what the contract or lease is for and the nature of the debtor's interest

**Contract for Denton Drive, Dallas, TX job**
**Contract to be ASSUMED**

**N. Texas Contracting**

State the term remaining

List the contract number of any government contract

**2.8** State what the contract or lease is for and the nature of the debtor's interest

**Contract for Hi-line Drive & Oaklawn Virgin Hotel, Dallas, TX job**
**Contract to be ASSUMED**

**Saber Development**

State the term remaining

List the contract number of any government contract

**2.9** State what the contract or lease is for and the nature of the debtor's interest

**Contract for TCU Frog Stadium job**
**Contract to be ASSUMED**

**Tri Dal**

State the term remaining

List the contract number of any government contract

Debtor   **C.B. Services, Inc.**                                   Case number (if known)   **18-41527**

## ■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10**

**State what the contract or lease is for and the nature of the debtor's interest**

Contract for 8" Sewer Laterals TCU Frog Stadium job
Contract to be ASSUMED

Tri Dal

**State the term remaining**

**List the contract number of any government contract**

**Fill in this information to identify the case:**

Debtor name    **C.B. Services, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number    **18-41527**
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

    ☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **W. Charles Bishop** | **540 Indian Creek**<br>Number      Street | **Peoples United Equipment Finance** | ☑  D<br>☐  E/F<br>☐  G |
| | **Trophy Club**      **TX**    **76262**<br>City                State  ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name **C.B. Services, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): **18-41527**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

**1.**   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from Schedule A/B......................................................................................................  **$128,500.00**

1b. **Total personal property:**
Copy line 91A from Schedule A/B....................................................................................................  **$816,284.76**

1c. **Total of all property**
Copy line 92 from Schedule A/B......................................................................................................  **$944,784.76**

### Part 2:   Summary of Liabilities

**2.**   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................  **$665,913.17**

**3.**   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F.............................................................  **$81,490.96**

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................. **+**  **$414,423.83**

**4.**   **Total liabilities**
Lines 2 + 3a + 3b......................................................................................................................  **$1,161,827.96**

**Fill in this information to identify the case and this filing:**

Debtor Name   **C.B. Services, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number   **18-41527**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/10/2018**          X **/s/ Charles Bishop**
          MM / DD / YYYY                    Signature of individual signing on behalf of debtor

          **Charles Bishop**
          Printed name

          **President**
          Position or relationship to debtor