**Fill in this information to identify the case:**

Debtor Name  C.B. Services, Inc.

United States Bankruptcy Court for the: Eastern District of Texas

Case number:  18-41527

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          January 2019

Date report filed: 02/20/2019
MM / DD / YYYY

Line of business:  Boring & Tunneling Const.

NAISC code:  221

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | C.B. Services, Inc. | Case number | 18-41527 |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 5,683.34

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 94,104.26

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 96,614.86

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -2,510.60

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 3,172.74

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 174,685.30

Debtor Name  C.B. Services, Inc. _____    Case number  18-41527 _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**       $   236,833.30

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?       21
27. What is the number of employees as of the date of this monthly report?       21

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $   0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?       $   0.00
30. How much have you paid this month in other professional fees?       $   0.00
31. How much have you paid in total other professional fees since filing the case?       $   0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** − | **Actual** = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 150,500.00 − | $ 94,104.26 = | $ -56,395.74 |
| 33. **Cash disbursements** | $ -95,000.00 − | $ -96,614.86 = | $ -1,614.86 |
| 34. **Net cash flow** | $ 55,500.00 − | $ -2,510.60 = | $ -58,010.60 |

35. Total projected cash receipts for the next month:       $   99,530.00
36. Total projected cash disbursements for the next month:       - $   97,254.00
37. Total projected net cash flow for the next month:       = $   2,276.00

Debtor Name  C.B. Services, Inc.                                    Case number  18-41527

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☑ 39.  Bank reconciliation reports for each account.

- ☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41.  Budget, projection, or forecast reports.

- ☐ 42.  Project, job costing, or work-in-progress reports.

**Exhibit C**

| 1/4/2019 | NORTH TEXAS | 12,655.28 |
|---|---|---|
| 1/14/2019 | City of Denton - | 875.00 |
| 1/14/2019 | CoServ | 9.17 |
| 1/14/2019 | Lynn Vessels | 12,100.00 |
| 1/18/2019 | Acadia Services, | 63,332.01 |
| 1/31/2019 | Bishop, W. C. | 5,000.00 |
| 1/31/2019 | Rush Trucking | 132.80 |

**TOTAL**                                **94,104.26**

1

Exhibit D

**Mutual of Omaha**

Statement Date   01/31/2019
Accounts   CASH IN BANK - MUTUAL OF OMAHA
Companies   C.B. SERVICES, INC.

| | |
|---|---|
| Statement | $3,172.74 |
| - Outstanding Checks: | $17,328.66 |
| + Outstanding Deposits: | $0.00 |

Cleared   80   $96,614.86
Checks
Cleared   7   $94,104.26

Reconciled Balance Per Statement:   ($14,155.92)
Book Balance:   ($14,155.92)

Difference   $0.00

## Cleared Checks

| Ref # | Date | Name | Amount |
|---|---|---|---|
| 01426 | 1/31/2019 | | 55.00 |
| 01426 | 12/28/2018 | LOPEZ, VINCENT | 946.56 |
| 01435 | 12/26/2018 | SALAZAR VENEGAS, JUAN J | 398.15 |
| 01445 | 12/27/2018 | Economy Supply Co. | 475.11 |
| 01446 | 12/27/2018 | BISHOP, W. CHARLES | 507.94 |
| 01447 | 12/27/2018 | LOPEZ, VINCENT | 946.56 |
| 01448 | 12/27/2018 | BISHOP, DIANA L | 796.20 |
| 01449 | 12/27/2018 | HERNANDEZ, ELIADIM | 921.96 |
| 01450 | 12/27/2018 | ACOSTA, ALFONSO | 1,372.76 |
| 01453 | 12/27/2018 | HERNANDEZ, ALFONSO | 1,211.52 |
| 01456 | 12/27/2018 | SALAZAR VENEGAS, JUAN J | 78.50 |
| 01458 | 12/27/2018 | VENEGAS MASCORRO, LORENZO | 1,341.47 |
| 01459 | 12/27/2018 | MARTINEZ VILLANUEVA, JOSE I | 668.96 |
| 01460 | 12/27/2018 | HERNANDEZ, ISRAEL A | 1,137.95 |
| 01461 | 12/27/2018 | HERNANDEZ, ALEJANDRO | 844.42 |
| 01462 | 1/3/2019 | BISHOP, W. CHARLES | 509.92 |
| 01463 | 1/3/2019 | LOPEZ, VINCENT | 947.62 |
| 01464 | 1/3/2019 | BISHOP, DIANA L | 792.18 |
| 01465 | 1/3/2019 | HERNANDEZ, ELIADIM | 736.05 |
| 01467 | 1/3/2019 | RUIZ, PASCUAL | 901.72 |
| 01468 | 1/3/2019 | ACOSTA, RUBEN S | 677.68 |
| 01469 | 1/3/2019 | HERNANDEZ, ALFONSO | 804.28 |
| 01470 | 1/3/2019 | RODRIGUEZ, JUAN A | 758.20 |
| 01471 | 1/3/2019 | WHITE, OSCAR C | 915.22 |
| 01472 | 1/3/2019 | VASQUEZ, JOSE A | 709.67 |
| 01473 | 1/3/2019 | VENEGAS MASCORRO, LORENZO | 763.53 |
| 01474 | 1/3/2019 | MARTINEZ VILLANUEVA, JOSE I | 243.80 |
| 01475 | 1/3/2019 | HERNANDEZ, ISRAEL A | 1,138.00 |
| 01476 | 1/3/2019 | HERNANDEZ, ALEJANDRO | 517.26 |
| 01477 | 1/3/2019 | Hernandez, Ismael | 129.88 |
| 01478 | 1/3/2019 | White, Oscar | 70.00 |
| 01479 | 1/2/2019 | U.S. Postal Service | 70.00 |
| 01480 | 1/8/2019 | Bishop, W. Charles | 400.00 |
| 01480 | 1/10/2019 | BISHOP, W. CHARLES | 509.92 |
| 01481 | 1/10/2019 | LOPEZ, VINCENT | 947.62 |
| 01482 | 1/10/2019 | BISHOP, DIANA L | 792.18 |
| 01484 | 1/10/2019 | HERNANDEZ, ELIADIM | 370.30 |
| 01485 | 1/10/2019 | ACOSTA, ALFONSO | 751.46 |
| 01486 | 1/10/2019 | RUIZ, PASCUAL | 751.46 |
| 01487 | 1/10/2019 | ACOSTA, RUBEN S | 259.84 |
| 01488 | 1/10/2019 | HERNANDEZ, ALFONSO | 539.78 |
| 01489 | 1/10/2019 | RODRIGUEZ, JUAN A | 494.54 |
| 01490 | 1/10/2019 | WHITE, OSCAR C | 562.15 |
| 01491 | 1/10/2019 | VASQUEZ, JOSE A | 468.00 |
| 01492 | 1/10/2019 | VENEGAS MASCORRO, LORENZO | 505.78 |
| 01493 | 1/10/2019 | MARTINEZ VILLANUEVA, JOSE I | 350.47 |
| 01494 | 1/10/2019 | HERNANDEZ, ISRAEL A | 1,138.00 |
| 01495 | 1/10/2019 | HERNANDEZ, ALEJANDRO | 440.00 |
| 01496 | 1/10/2019 | Lopez, Vincent | 71.46 |
| 01497 | 1/10/2019 | Ruiz, Pascual | 81.46 |
| 01498 | 1/17/2019 | A & F STORAGE | 516.00 |
| 01499 | 1/17/2019 | BISHOP, W. CHARLES | 509.92 |
| 01501 | 1/17/2019 | BISHOP, DIANA L | 792.18 |
| 01502 | 1/17/2019 | HERNANDEZ, ELIADIM | 795.81 |
| 01503 | 1/17/2019 | ACOSTA, ALFONSO | 990.10 |
| 01504 | 1/17/2019 | RUIZ, PASCUAL | 1,029.88 |
| 01505 | 1/17/2019 | ACOSTA, RUBEN S | 332.71 |
| 01506 | 1/17/2019 | HERNANDEZ, ALFONSO | 880.53 |
| 01507 | 1/17/2019 | RODRIGUEZ, JUAN A | 828.20 |
| 01508 | 1/17/2019 | WHITE, OSCAR C | 670.63 |
| 01509 | 1/17/2019 | VASQUEZ, JOSE A | 656.17 |
| 01510 | 1/17/2019 | VENEGAS MASCORRO, LORENZO | 827.85 |
| 01511 | 1/17/2019 | HERNANDEZ, ISRAEL A | 1,138.00 |
| 01512 | 1/17/2019 | HERNANDEZ, ALEJANDRO | 739.41 |
| 01513 | 1/17/2019 | Acosta, Alfonso | 90.00 |
| 01514 | 1/17/2019 | Hernandez, Ismael | 136.65 |
| 01515 | 1/18/2019 | HRB The Atrium LLC | 2,252.50 |
| 01517 | 1/18/2019 | PEOPLES UNITED EQUIP FINANC | 9,430.00 |
| 01518 | 1/21/2019 | Bishop, W. Charles | 2,000.00 |
| 01519 | 1/21/2019 | Internal Revenue Service | 5,963.94 |
| 01520 | 1/21/2019 | Q&AM | 5,000.00 |
| 01524 | 1/24/2019 | HERNANDEZ, ELIADIM | 922.36 |
| 01525 | 1/24/2019 | ACOSTA, ALFONSO | 995.10 |
| 01526 | 1/24/2019 | RUIZ, PASCUAL | 1,135.93 |
| 01528 | 1/24/2019 | RODRIGUEZ, JUAN A | 828.20 |
| 01529 | 1/24/2019 | WHITE, OSCAR C | 881.72 |
| 01530 | 1/24/2019 | HERNANDEZ, ISRAEL A | 1,138.00 |
| 01532 | 1/24/2019 | HERNANDEZ, ALEJANDRO | 820.41 |
| eft 1-18-19 | 1/18/2019 | ALLIANCE PREMIUM FINANCE LLC | 4,969.69 |
| eft 1-18-19 | 1/18/2019 | THE CINCINNATI INSURANCE CO. | 14,955.66 |
| | | **Cleared Checks Totals** | **96,614.86** |

## Cleared Deposits

| | 1/4/2019 | NORTH TEXAS CONTRACTING, INC | 12,635.28 |
| | 1/14/2019 | City of Denton - Accounts Payable | 875.00 |
| | 1/14/2019 | Collum | 9.17 |
| | 1/14/2019 | Lynn Vessels Const., LLC | 11,100.00 |
| | 1/18/2019 | Acadia Services, LLC | 63,332.01 |
| | 1/31/2019 | Bishop, W. C. | 5,000.00 |
| core refund | 1/31/2019 | Rush Trucking | 132.80 |
| | | **Cleared Deposits Totals** | **94,104.26** |

## Outstanding Checks

| | 11/30/2018 | AT&T MOBILITY | 0.00 |
| 01466 | 1/3/2019 | ACOSTA, ALFONSO | 751.46 |
| 01500 | 1/17/2019 | LOPEZ, VINCENT | 947.62 |
| 01521 | 1/24/2019 | BISHOP, W. CHARLES | 509.92 |
| 01522 | 1/24/2019 | LOPEZ, VINCENT | 947.62 |
| 01523 | 1/24/2019 | BISHOP, DIANA L | 792.18 |
| 01527 | 1/24/2019 | HERNANDEZ, ALFONSO | 880.53 |
| 01530 | 1/24/2019 | VASQUEZ, JOSE A | 877.66 |
| 01534 | 1/31/2019 | BISHOP, W. CHARLES | 509.92 |
| 01535 | 1/31/2019 | LOPEZ, VINCENT | 947.62 |
| 01536 | 1/31/2019 | BISHOP, DIANA L | 792.18 |
| 01537 | 1/31/2019 | HERNANDEZ, ELIADIM | 743.08 |
| 01538 | 1/31/2019 | ACOSTA, ALFONSO | 923.81 |
| 01539 | 1/31/2019 | RUIZ, PASCUAL | 1,029.88 |
| 01540 | 1/31/2019 | ACOSTA, RUBEN S | 732.23 |
| 01541 | 1/31/2019 | HERNANDEZ, ALFONSO | 811.83 |
| 01542 | 1/31/2019 | RODRIGUEZ, JUAN A | 765.20 |
| 01544 | 1/31/2019 | VASQUEZ, JOSE A | 716.21 |
| 01545 | 1/31/2019 | HERNANDEZ, ISRAEL A | 1,138.00 |
| 01546 | 1/31/2019 | HERNANDEZ, ALEJANDRO | 681.17 |
| 01547 | 1/31/2019 | Acosta, Alfonso | 70.00 |
| 01548 | 1/31/2019 | Ruiz, Pascual | 66.23 |
| 01565 | 1/31/2019 | WHITE, OSCAR C | 763.52 |
| 01566 | 1/31/2019 | White, Oscar | 70.00 |
| | | **Outstanding Checks Totals** | **17,328.66** |

| | | | |
|---|---|---|---|
| Beg. Balance | 3,683.34 | | |
| 20 Cash Receipts | 94,104.26 | 150,500.00 | (56,395.74) |
| 21 Cash Disbursements | (96,614.86) | (95,000.00) | (1,614.86) |
| 22 Net Cash Flow | (2,510.60) | 55,500.00 | (58,010.60) |
| 23 Cash on hand at the end of the month | 3,172.74 | | |

Exhibit E

## 21000 ACCOUNTS PAYABLE TRADE

| Date | Ref | Payee | Debit | Credit |
|---|---|---|---|---|
| | | Beginning Balance | | $204,159.38 |
| 1/1/2019 | 12-28 thru 1-28-19 | A & F STORAGE | | 20.00 |
| 1/1/2019 | 256-3511 | FRONTIER COMMUNICATIONS | | 403.56 |
| 1/7/2019 | late fee | A & F STORAGE | | 20.00 |
| 1/13/2019 | a63&67 | A & F STORAGE | | 214.00 |
| 1/14/2019 | 40865 | ALLIANCE PREMIUM FINANCE LLC | | 4,628.28 |
| 1/17/2019 | 12-17-18 thru1-16-19 | ENGIE RESOURCES | | 107.16 |
| 1/17/2019 | late fee & misc. | ALLIANCE PREMIUM FINANCE LLC | | 241.41 |
| 1/17/2019 | 01498 | A & F STORAGE | 518.00 | |
| 1/18/2019 | eft 1-18-19 | THE CINCINNATI INSURANCE CO. | 14,955.00 | |
| 1/18/2019 | eft 1-18-19 | ALLIANCE PREMIUM FINANCE LLC | 4,869.69 | |
| 1/18/2019 | 01517 | PEOPLE'S UNITED EQUIP FINANC | 9,486.00 | |
| 1/18/2019 | 01515 | HRE The Atrium LLC | 2,152.50 | |
| 1/21/2019 | February | HRE The Atrium LLC | | 1,025.00 |
| 1/22/2019 | 70563 | Frank Bartel Transportation | | 702.69 |
| 1/25/2019 | 256-3511 | FRONTIER COMMUNICATIONS | | 424.93 |
| | | Net Activity for: ACCOUNTS PAYABLE TRADE | $31,981.19 | $7,787.03 |
| | | Ending Balance | | $179,965.22 |

## 21200 CHASE credit card

| | | |
|---|---|---|
| | Beginning Balance | $20,676.86 |

## 21205 CAPITAL ONE credit card

| | | |
|---|---|---|
| | Beginning Balance | $3,927.78 |

## 21210 AMERICAN EXPRESS credit card

| | | |
|---|---|---|
| | Beginning Balance | $3,585.10 |

## 22000 FEDERAL WITHHOLDING PAYABLE

| Date | Ref | Payee | Debit | Credit |
|---|---|---|---|---|
| | | Beginning Balance | | $8,323.69 |
| 1/3/2019 | 01462 | W. CHARLES BISHOP | | 168.28 |
| 1/3/2019 | 01463 | VINCENT LOPEZ | | 68.23 |
| 1/3/2019 | 01464 | DIANA L BISHOP | | 122.08 |
| 1/3/2019 | 01465 | ELIAZAR HERNANDEZ | | 47.77 |
| 1/3/2019 | 01466 | ALFONSO ACOSTA | | 61.22 |
| 1/3/2019 | 01467 | PASCUAL RUIZ | | 83.66 |
| 1/3/2019 | 01468 | RUBEN S ACOSTA | | 39.04 |
| 1/3/2019 | 01469 | ALFONSO HERNANDEZ | | 46.81 |
| 1/3/2019 | 01470 | JUAN A RODRIGUEZ | | 3.22 |
| 1/3/2019 | 01471 | OSCAR C WHITE | | 105.96 |
| 1/3/2019 | 01472 | JOSE A VASQUEZ | | 96.34 |
| 1/3/2019 | 01473 | LORENZO VENEGAS MASCORRO | | 50.68 |
| 1/3/2019 | 01475 | ISMAEL A HERNANDEZ | | 107.92 |
| 1/3/2019 | 01476 | ALEJANDRO HERNANDEZ | | 29.46 |
| 1/10/2019 | 01481 | W. CHARLES BISHOP | | 168.28 |
| 1/10/2019 | 01482 | VINCENT LOPEZ | | 68.23 |
| 1/10/2019 | 01483 | DIANA L BISHOP | | 122.08 |
| 1/10/2019 | 01484 | ELIAZAR HERNANDEZ | | 1.40 |
| 1/10/2019 | 01485 | ALFONSO ACOSTA | | 61.22 |
| 1/10/2019 | 01486 | PASCUAL RUIZ | | 61.22 |
| 1/10/2019 | 01488 | ALFONSO HERNANDEZ | | 12.93 |
| 1/10/2019 | 01490 | OSCAR C WHITE | | 58.45 |
| 1/10/2019 | 01491 | JOSE A VASQUEZ | | 55.54 |
| 1/10/2019 | 01492 | LORENZO VENEGAS MASCORRO | | 17.85 |
| 1/10/2019 | 01494 | ISMAEL A HERNANDEZ | | 107.92 |
| 1/10/2019 | 01495 | ALEJANDRO HERNANDEZ | | 18.06 |
| 1/17/2019 | 01499 | W. CHARLES BISHOP | | 168.28 |
| 1/17/2019 | 01500 | VINCENT LOPEZ | | 68.23 |
| 1/17/2019 | 01501 | DIANA L BISHOP | | 122.08 |
| 1/17/2019 | 01502 | ELIAZAR HERNANDEZ | | 56.70 |
| 1/17/2019 | 01503 | ALFONSO ACOSTA | | 96.86 |
| 1/17/2019 | 01504 | PASCUAL RUIZ | | 102.80 |
| 1/17/2019 | 01505 | RUBEN S ACOSTA | | 23.55 |
| 1/17/2019 | 01506 | ALFONSO HERNANDEZ | | 58.21 |
| 1/17/2019 | 01507 | JUAN A RODRIGUEZ | | 11.72 |
| 1/17/2019 | 01508 | OSCAR C WHITE | | 123.28 |
| 1/17/2019 | 01509 | JOSE A VASQUEZ | | 133.96 |
| 1/17/2019 | 01510 | LORENZO VENEGAS MASCORRO | | 61.48 |
| 1/17/2019 | 01511 | ISMAEL A HERNANDEZ | | 107.92 |

3

| Date | Number | Name | Amount |
|---|---|---|---|
| 1/17/2019 | 01512 | ALEJANDRO HERNANDEZ | 62.58 |
| 1/24/2019 | 01521 | W. CHARLES BISHOP | 168.28 |
| 1/24/2019 | 01522 | VINCENT LOPEZ | 68.23 |
| 1/24/2019 | 01523 | DIANA L BISHOP | 122.08 |
| 1/24/2019 | 01524 | ELIAZAR HERNANDEZ | 75.60 |
| 1/24/2019 | 01525 | ALFONSO ACOSTA | 96.86 |
| 1/24/2019 | 01526 | PASCUAL RUIZ | 118.64 |
| 1/24/2019 | 01527 | ALFONSO HERNANDEZ | 58.21 |
| 1/24/2019 | 01528 | JUAN A RODRIGUEZ | 11.72 |
| 1/24/2019 | 01529 | OSCAR C WHITE | 126.75 |
| 1/24/2019 | 01530 | JOSE A VASQUEZ | 148.81 |
| 1/24/2019 | 01531 | ISMAEL A HERNANDEZ | 107.92 |
| 1/24/2019 | 01532 | ALEJANDRO HERNANDEZ | 76.98 |
| 1/31/2019 | 01534 | W. CHARLES BISHOP | 168.28 |
| 1/31/2019 | 01535 | VINCENT LOPEZ | 68.23 |
| 1/31/2019 | 01536 | DIANA L BISHOP | 122.08 |
| 1/31/2019 | 01537 | ELIAZAR HERNANDEZ | 48.82 |
| 1/31/2019 | 01538 | ALFONSO ACOSTA | 86.96 |
| 1/31/2019 | 01539 | PASCUAL RUIZ | 102.80 |
| 1/31/2019 | 01540 | RUBEN S ACOSTA | 47.20 |
| 1/31/2019 | 01541 | ALFONSO HERNANDEZ | 47.95 |
| 1/31/2019 | 01542 | JUAN A RODRIGUEZ | 4.07 |
| 1/31/2019 | 01565 | OSCAR C WHITE | 89.79 |
| 1/31/2019 | 01544 | JOSE A VASQUEZ | 98.32 |
| 1/31/2019 | 01545 | ISMAEL A HERNANDEZ | 107.92 |
| 1/31/2019 | 01546 | ALEJANDRO HERNANDEZ | 53.94 |
| | | **Net Activity for: FEDERAL WITHHOLDING PAYABLE** | **$5,207.94** |
| | | **Ending Balance** | **$13,531.63** |

## 22050 Federal Unemployment

| Date | Number | Name | Amount |
|---|---|---|---|
| | | Beginning Balance | $2,397.88 |
| 1/3/2019 | 00305 | | 81.35 |
| 1/10/2019 | 00306 | | 65.92 |
| 1/17/2019 | 00307 | | 86.81 |
| 1/24/2019 | 00308 | | 80.24 |
| 1/31/2019 | 00309 | | 78.18 |
| | | **Net Activity for: Federal Unemployment** | **$392.50** |
| | | **Ending Balance** | **$2,790.38** |

## 22100 FICA WITHHOLDING PAYABLE

| Date | Number | Name | Amount |
|---|---|---|---|
| | | Beginning Balance | $286,792.58 |
| 1/3/2019 | 00305 | | 1,037.14 |
| 1/3/2019 | 01462 | W. CHARLES BISHOP | 91.80 |
| 1/3/2019 | 01463 | VINCENT LOPEZ | 84.15 |
| 1/3/2019 | 01464 | DIANA L BISHOP | 75.74 |
| 1/3/2019 | 01465 | ELIAZAR HERNANDEZ | 64.93 |
| 1/3/2019 | 01466 | ALFONSO ACOSTA | 67.32 |
| 1/3/2019 | 01467 | PASCUAL RUIZ | 81.62 |
| 1/3/2019 | 01468 | RUBEN S ACOSTA | 59.36 |
| 1/3/2019 | 01469 | ALFONSO HERNANDEZ | 70.49 |
| 1/3/2019 | 01470 | JUAN A RODRIGUEZ | 63.08 |
| 1/3/2019 | 01471 | OSCAR C WHITE | 76.31 |
| 1/3/2019 | 01472 | JOSE A VASQUEZ | 66.79 |
| 1/3/2019 | 01473 | LORENZO VENEGAS MASCORRO | 66.79 |
| 1/3/2019 | 01474 | JOSE I MARTINEZ VILLANUEVA | 20.20 |
| 1/3/2019 | 01475 | ISMAEL A HERNANDEZ | 103.28 |
| 1/3/2019 | 01476 | ALEJANDRO HERNANDEZ | 45.28 |
| 1/10/2019 | 00306 | | 840.43 |
| 1/10/2019 | 01481 | W. CHARLES BISHOP | 91.80 |
| 1/10/2019 | 01482 | VINCENT LOPEZ | 84.15 |
| 1/10/2019 | 01483 | DIANA L BISHOP | 75.74 |
| 1/10/2019 | 01484 | ELIAZAR HERNANDEZ | 30.80 |
| 1/10/2019 | 01485 | ALFONSO ACOSTA | 67.32 |
| 1/10/2019 | 01486 | PASCUAL RUIZ | 67.32 |
| 1/10/2019 | 01487 | RUBEN S ACOSTA | 28.16 |
| 1/10/2019 | 01488 | ALFONSO HERNANDEZ | 45.79 |
| 1/10/2019 | 01489 | JUAN A RODRIGUEZ | 40.96 |
| 1/10/2019 | 01490 | OSCAR C WHITE | 51.40 |
| 1/10/2019 | 01491 | JOSE A VASQUEZ | 43.37 |
| 1/10/2019 | 01492 | LORENZO VENEGAS MASCORRO | 43.37 |
| 1/10/2019 | 01493 | JOSE I MARTINEZ VILLANUEVA | 29.03 |
| 1/10/2019 | 01494 | ISMAEL A HERNANDEZ | 103.28 |
| 1/10/2019 | 01495 | ALEJANDRO HERNANDEZ | 37.94 |
| 1/17/2019 | 00307 | | 1,106.82 |
| 1/17/2019 | 01499 | W. CHARLES BISHOP | 91.80 |
| 1/17/2019 | 01500 | VINCENT LOPEZ | 84.15 |

| Date | Num | Name | Amount |
|---|---|---|---|
| 1/17/2019 | 01501 | DIANA L BISHOP | 75.74 |
| 1/17/2019 | 01502 | ELIAZAR HERNANDEZ | 70.62 |
| 1/17/2019 | 01503 | ALFONSO ACOSTA | 90.04 |
| 1/17/2019 | 01504 | PASCUAL RUIZ | 93.82 |
| 1/17/2019 | 01505 | RUBEN S ACOSTA | 47.74 |
| 1/17/2019 | 01506 | ALFONSO HERNANDEZ | 77.76 |
| 1/17/2019 | 01507 | JUAN A RODRIGUEZ | 69.58 |
| 1/17/2019 | 01508 | OSCAR C WHITE | 82.34 |
| 1/17/2019 | 01509 | JOSE A VASQUEZ | 79.87 |
| 1/17/2019 | 01510 | LORENZO VENEGAS MASCORRO | 73.67 |
| 1/17/2019 | 01511 | ISMAEL A HERNANDEZ | 103.28 |
| 1/17/2019 | 01512 | ALEJANDRO HERNANDEZ | 66.41 |
| 1/24/2019 | 00308 | | 1,023.10 |
| 1/24/2019 | 01521 | W. CHARLES BISHOP | 91.80 |
| 1/24/2019 | 01522 | VINCENT LOPEZ | 84.15 |
| 1/24/2019 | 01523 | DIANA L BISHOP | 75.74 |
| 1/24/2019 | 01524 | ELIAZAR HERNANDEZ | 82.67 |
| 1/24/2019 | 01525 | ALFONSO ACOSTA | 90.04 |
| 1/24/2019 | 01526 | PASCUAL RUIZ | 103.93 |
| 1/24/2019 | 01527 | ALFONSO HERNANDEZ | 77.76 |
| 1/24/2019 | 01528 | JUAN A RODRIGUEZ | 69.58 |
| 1/24/2019 | 01529 | OSCAR C WHITE | 83.53 |
| 1/24/2019 | 01530 | JOSE A VASQUEZ | 85.03 |
| 1/24/2019 | 01531 | ISMAEL A HERNANDEZ | 103.28 |
| 1/24/2019 | 01532 | ALEJANDRO HERNANDEZ | 75.59 |
| 1/31/2019 | 00309 | | 996.69 |
| 1/31/2019 | 01534 | W. CHARLES BISHOP | 91.80 |
| 1/31/2019 | 01535 | VINCENT LOPEZ | 84.15 |
| 1/31/2019 | 01536 | DIANA L BISHOP | 75.74 |
| 1/31/2019 | 01537 | ELIAZAR HERNANDEZ | 65.60 |
| 1/31/2019 | 01538 | ALFONSO ACOSTA | 83.73 |
| 1/31/2019 | 01539 | PASCUAL RUIZ | 93.82 |
| 1/31/2019 | 01540 | RUBEN S ACOSTA | 64.57 |
| 1/31/2019 | 01541 | ALFONSO HERNANDEZ | 71.22 |
| 1/31/2019 | 01542 | JUAN A RODRIGUEZ | 63.73 |
| 1/31/2019 | 01565 | OSCAR C WHITE | 70.69 |
| 1/31/2019 | 01544 | JOSE A VASQUEZ | 67.47 |
| 1/31/2019 | 01545 | ISMAEL A HERNANDEZ | 103.28 |
| 1/31/2019 | 01546 | ALEJANDRO HERNANDEZ | 60.89 |
| | | **Net Activity for: FICA WITHHOLDING PAYABLE** | **$10,008.36** |
| | | **Ending Balance** | **$296,800.94** |

## 22250 State Unemployment

| Date | Num | Name | Amount |
|---|---|---|---|
| | | Beginning Balance | $2,001.30 |
| 1/3/2019 | 00305 | | 192.53 |
| 1/10/2019 | 00306 | | 156.01 |
| 1/17/2019 | 00307 | | 205.43 |
| 1/24/2019 | 00308 | | 189.89 |
| 1/31/2019 | 00309 | | 185.00 |
| | | **Net Activity for: State Unemployment** | **$928.86** |
| | | **Ending Balance** | **$2,930.16** |

## 23600 NOTE PAYABLE - OFFICER

| Date | Name | Amount |
|---|---|---|
| | Beginning Balance | $254,466.43 |
| 1/31/2019 | W. C. Bishop | 5,000.00 |
| | **Net Activity for: NOTE PAYABLE - OFFICER** | **$5,000.00** |
| | **Ending Balance** | **$259,466.43** |

## 29251 PEOPLE'S UNITED EQUIP FINANC

| | | |
|---|---|---|
| | Beginning Balance | $211,782.91 |

## 29800 AMERICAN NATIONAL BANK

| | | |
|---|---|---|
| | Beginning Balance | $1,790.75 |

| | |
|---|---|
| 07.31.18 | 13,068.67 |
| 08.31.18 | 69,664.95 |
| 09.30.18 | 41,635.74 |
| 10.31.18 | 582.69 |
| 11.30.18 | 7,902.02 |
| 12.31.18 | 23,468.19 |
| 01.31.19 | 18,363.04 |
| **Total** | **174,685.30** |

Exhibit F

## C.B. SERVICES, INC.

### Accounts Receivable Aging
### 1/31/2019

| Transaction Number | Transaction Date | Due Date | Balance Due | Current Amount | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|
| **Acadia Services, LLC 10050** | | | | | | | | |
| 11946 | 12/20/2018 | 12/20/2018 | 8,472.99 | 0.00 | 0.00 | 8,472.99 | 0.00 | 0.00 |
| 11950 | 1/21/2019 | 1/21/2019 | 30,525.00 | 0.00 | 30,525.00 | 0.00 | 0.00 | 0.00 |
| | Acadia Services, LLC  10050 Totals | | $38,997.99 | $0.00 | $30,525.00 | $8,472.99 | $0.00 | $0.00 |
| **adjustments** | | | | | | | | |
| aje0630 | 6/30/2015 | 6/30/2015 | 188,814.86 | 0.00 | 0.00 | 0.00 | 0.00 | 188,814.86 |
| aje070115 | 7/1/2015 | 7/1/2015 | (188,814.86) | 0.00 | 0.00 | 0.00 | 0.00 | (188,814.86) |
| | adjustments   Totals | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **GREENSCAPE 11395** | | | | | | | | |
| 11781 | 9/30/2015 | 9/30/2015 | 1,118.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,118.00 |
| | GREENSCAPE  11395 Totals | | $1,118.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,118.00 |
| **HUFFMAN & HUFFMAN, INC. 11575** | | | | | | | | |
| 11951 | 1/24/2019 | 1/24/2019 | 6,800.00 | 0.00 | 6,800.00 | 0.00 | 0.00 | 0.00 |
| | HUFFMAN & HUFFMAN, INC.  11575 Totals | | $6,800.00 | $0.00 | $6,800.00 | $0.00 | $0.00 | $0.00 |
| **JACKSON CONSTRUCTION, LTD. 11940** | | | | | | | | |
| 11698 | 3/31/2014 | 3/31/2014 | 1,570.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1,570.50 |
| 11699 | 4/23/2014 | 4/23/2014 | 807.50 | 0.00 | 0.00 | 0.00 | 0.00 | 807.50 |
| 11724A | 9/30/2014 | 9/30/2014 | 54,067.50 | 0.00 | 0.00 | 0.00 | 0.00 | 54,067.50 |
| 11785 | 10/30/2015 | 10/30/2015 | 10,562.54 | 0.00 | 0.00 | 0.00 | 0.00 | 10,562.54 |
| 11788 | 11/24/2015 | 11/24/2015 | 10,530.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,530.00 |
| 11792 | 11/30/2015 | 11/30/2015 | 921.11 | 0.00 | 0.00 | 0.00 | 0.00 | 921.11 |
| | JACKSON CONSTRUCTION, LTD.  11940 Totals | | $78,459.15 | $0.00 | $0.00 | $0.00 | $0.00 | $78,459.15 |
| **LONE WOLF CONSTRUCTION, LLC 12375** | | | | | | | | |
| 11952 | 1/30/2019 | 1/30/2019 | 34,000.00 | 0.00 | 34,000.00 | 0.00 | 0.00 | 0.00 |
| | LONE WOLF CONSTRUCTION, LLC  12375 Totals | | $34,000.00 | $0.00 | $34,000.00 | $0.00 | $0.00 | $0.00 |
| **NORTH TEXAS CONTRACTING, INC 12800** | | | | | | | | |
| 11941 | 12/6/2018 | 12/6/2018 | 1,500.00 | 0.00 | 0.00 | 1,500.00 | 0.00 | 0.00 |
| | NORTH TEXAS CONTRACTING, INC  12800 Totals | | $1,500.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 |
| **TEXAS STANDARD CONST. LTD. 13939** | | | | | | | | |
| 11895 | 11/30/2017 | 12/30/2017 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| 11907 | 2/14/2018 | 3/16/2018 | 69,120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 69,120.00 |
| | TEXAS STANDARD CONST. LTD.  13939 Totals | | $70,120.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70,120.00 |
| **TEXAS STERLING CONST., LP 13940** | | | | | | | | |
| 11744 | 12/23/2014 | 12/23/2014 | 2,038.16 | 0.00 | 0.00 | 0.00 | 0.00 | 2,038.16 |
| 11944 | 12/12/2018 | 12/12/2018 | 3,800.00 | 0.00 | 0.00 | 3,800.00 | 0.00 | 0.00 |
| | TEXAS STERLING CONST., LP  13940 Totals | | $5,838.16 | $0.00 | $0.00 | $3,800.00 | $0.00 | $2,038.16 |
| | Report Totals | | $236,833.30 | $0.00 | $71,325.00 | $13,772.99 | $0.00 | $151,735.31 |

Records included in total = 18

**Cash projections for February 2019**

| | | |
|---|---:|---|
| Cash Receipts | 99,530.00 | per charlie/dianna |
| Cash Disbursements | 97,254.00 | per charlie/dianna |
| Net Cash Flow | 2,276.00 | |

**Mutual of Omaha**

| | |
|---|---|
| Statement Date | 01/31/2019 |
| Accounts | CASH IN BANK - MUTUAL OF OMAHA |
| Companies | C.B. SERVICES, INC. |

| | | | | |
|---|---|---|---|---|
| Statement: | $3,172.74 | Cleared | 80 | $98,014.86 |
| - Outstanding Checks: | $17,326.66 | Checks: | | |
| | | Cleared | 7 | $99,104.26 |
| + Outstanding Deposits: | $0.00 | | | |
| Reconciled Balance Per Statement: | ($14,153.92) | | | |
| Book Balance: | ($14,153.92) | | | |
| Difference | $0.00 | | | |

### Cleared Checks

| Ref # | Date | Name | Amount |
|---|---|---|---|
| | 1/31/2018 | | 50.00 |
| 01426 | 12/20/2018 | LOPEZ, VINCENT | 946.56 |
| 01435 | 12/20/2018 | SALAZAR VENEGAS, JUAN J | 598.15 |
| 01445 | 12/27/2018 | Economy Supply Co. | 473.11 |
| 01446 | 12/27/2018 | BISHOP, W. CHARLES | 937.94 |
| 01447 | 12/27/2018 | LOPEZ, VINCENT | 946.56 |
| 01448 | 12/27/2018 | BISHOP, W. CHARLES | 790.13 |
| 01449 | 12/27/2018 | HERNANDEZ, ELAGM | 931.96 |
| 01450 | 12/27/2018 | ACOSTA, ALFONSO | 1,373.76 |
| 01453 | 12/27/2018 | HERNANDEZ, ALFONSO | 1,211.52 |
| 01456 | 12/27/2018 | SALAZAR VENEGAS, JUAN J | 78.50 |
| 01458 | 12/27/2018 | VENEGAS MASCORRO, LORENZO | 1,191.47 |
| 01459 | 12/27/2018 | MARTÍNEZ VILLANUEVA, JOSE I | 660.99 |
| 01460 | 12/27/2018 | HERNANDEZ, DANIEL A | 1,137.85 |
| 01461 | 12/27/2018 | HERNANDEZ, ALEJANDRO | 844.43 |
| 01462 | 1/3/2019 | BISHOP, W. CHARLES | 939.92 |
| 01463 | 1/3/2019 | LOPEZ, VINCENT | 947.62 |
| 01464 | 1/3/2019 | BISHOP, DIANA L | 792.18 |
| 01466 | 1/3/2019 | HERNANDEZ, ELAGM | 736.05 |
| 01467 | 1/3/2019 | RUIZ, PASCUAL | 961.72 |
| 01468 | 1/3/2019 | ACOSTA, RUBEN S | 677.66 |
| 01469 | 1/3/2019 | HERNANDEZ, ALFONSO | 904.20 |
| 01470 | 1/3/2019 | RODRIGUEZ, JUAN A | 758.20 |
| 01471 | 1/3/2019 | WHITE, OSCAR C | 815.22 |
| 01472 | 1/3/2019 | VASQUEZ, JOSE A | 709.87 |
| 01473 | 1/3/2019 | VENEGAS MASCORRO, LORENZO | 753.53 |
| 01474 | 1/3/2019 | MARTÍNEZ VILLANUEVA, JOSE I | 243.80 |
| 01475 | 1/3/2019 | HERNANDEZ, DANIEL A | 1,136.80 |
| 01476 | 1/3/2019 | HERNANDEZ, ALEJANDRO | 517.26 |
| 01477 | 1/3/2019 | Hernandez, Samuel | 129.88 |
| 01478 | 1/3/2019 | White, Oscar | 70.00 |
| 01479 | 1/3/2019 | U.S. Postal Service | 70.00 |
| 01480 | 1/9/2019 | Bishop, W. Charles | 600.00 |
| 01481 | 1/10/2019 | BISHOP, W. CHARLES | 939.92 |
| 01482 | 1/10/2019 | LOPEZ, VINCENT | 947.62 |
| 01483 | 1/10/2019 | BISHOP, DIANA L | 792.18 |
| 01484 | 1/10/2019 | HERNANDEZ, ELAGM | 370.20 |
| 01485 | 1/10/2019 | ACOSTA, ALFONSO | 751.46 |
| 01486 | 1/10/2019 | RUIZ, PASCUAL | 751.46 |
| 01487 | 1/10/2019 | ACOSTA, RUBEN S | 228.84 |
| 01488 | 1/10/2019 | HERNANDEZ, ALFONSO | 539.78 |
| 01489 | 1/10/2019 | RODRIGUEZ, JUAN A | 494.00 |
| 01490 | 1/10/2019 | WHITE, OSCAR C | 562.15 |
| 01491 | 1/10/2019 | VASQUEZ, JOSE A | 468.00 |
| 01492 | 1/10/2019 | VENEGAS MASCORRO, LORENZO | 925.78 |
| 01493 | 1/10/2019 | MARTÍNEZ VILLANUEVA, JOSE I | 350.47 |
| 01494 | 1/10/2019 | HERNANDEZ, DANIEL A | 1,138.80 |
| 01495 | 1/10/2019 | HERNANDEZ, ALEJANDRO | 440.00 |
| 01496 | 1/10/2019 | Lopez, Vincent | 155.11 |
| 01497 | 1/10/2019 | Ruiz, Pascual | 81.40 |
| 01498 | 1/10/2019 | A & F STORAGE | 518.00 |
| 01499 | 1/17/2019 | BISHOP, W. CHARLES | 939.92 |
| 01501 | 1/17/2019 | BISHOP, DIANA L | 792.18 |
| 01502 | 1/17/2019 | HERNANDEZ, ELAGM | 795.41 |
| 01503 | 1/17/2019 | ACOSTA, ALFONSO | 990.10 |
| 01504 | 1/17/2019 | RUIZ, PASCUAL | 1,029.88 |
| 01505 | 1/17/2019 | ACOSTA, RUBEN S | 552.71 |
| 01506 | 1/17/2019 | HERNANDEZ, ALFONSO | 880.53 |
| 01507 | 1/17/2019 | RODRIGUEZ, JUAN A | 826.20 |
| 01508 | 1/17/2019 | WHITE, OSCAR C | 470.63 |
| 01509 | 1/17/2019 | VASQUEZ, JOSE A | 839.17 |
| 01510 | 1/17/2019 | VENEGAS MASCORRO, LORENZO | 827.65 |
| 01511 | 1/17/2019 | HERNANDEZ, DANIEL A | 1,136.80 |
| 01512 | 1/17/2019 | HERNANDEZ, ALEJANDRO | 739.01 |
| 01513 | 1/17/2019 | Acosta, Alfonso | 99.00 |
| 01514 | 1/17/2019 | Hernandez, Samuel | 136.65 |
| 01515 | 1/18/2019 | HRE The Atrium LLC | 2,152.50 |
| 01517 | 1/18/2019 | PEOPLE'S UNITED EQUIP FINANC | 5,466.00 |
| 01518 | 1/21/2019 | Bishop, W. Charles | 2,000.00 |
| 01519 | 1/21/2019 | Internal Revenue Service | 5,953.94 |
| 01520 | 1/21/2019 | QSLAM | 5,200.00 |
| 01524 | 1/24/2019 | HERNANDEZ, ELAGM | 922.26 |
| 01525 | 1/24/2019 | ACOSTA, ALFONSO | 990.10 |
| 01526 | 1/24/2019 | RUIZ, PASCUAL | 1,135.50 |
| 01528 | 1/24/2019 | RODRIGUEZ, JUAN A | 828.20 |
| 01529 | 1/24/2019 | WHITE, OSCAR C | 881.72 |
| 01531 | 1/24/2019 | HERNANDEZ, DANIEL A | 1,138.80 |
| 01532 | 1/24/2019 | HERNANDEZ, ALEJANDRO | 835.43 |
| eft 1-18-19 | 1/18/2019 | ALLIANCE PREMIUM FINANCE LLC | 4,869.69 |
| eft 1-18-19 | 1/18/2019 | THE CINCINNATI INSURANCE CO. | 14,903.00 |
| | | **Cleared Checks Totals** | **99,414.86** |

### Cleared Deposits

| | | | |
|---|---|---|---|
| | 1/4/2019 | NORTH TEXAS CONTRACTING, INC | 11,435.28 |
| | 1/14/2019 | City of Denton - Accounts Payable | 875.00 |
| | 1/4/2019 | Collem | 9.17 |
| | 1/14/2019 | Lyon Vessels Const., LLC | 11,100.00 |
| | 1/18/2019 | Acosta Services, LLC | 63,331.01 |
| | 1/21/2019 | Bishop, W. C. | 5,200.00 |
| core refund | 1/31/2019 | Rush Trucking | 133.80 |
| | | **Cleared Deposits Totals** | **94,104.26** |

### Outstanding Checks

| | | | |
|---|---|---|---|
| 01466 | 11/30/2018 | AT&T MOBILITY | 0.95 |
| 01500 | 1/3/2019 | ACOSTA, ALFONSO | 751.46 |
| 01500 | 1/17/2019 | LOPEZ, VINCENT | 947.62 |
| 01521 | 1/24/2019 | BISHOP, W. CHARLES | 939.92 |
| 01522 | 1/24/2019 | LOPEZ, VINCENT | 947.62 |
| 01523 | 1/24/2019 | BISHOP, DIANA L | 792.18 |
| 01527 | 1/24/2019 | HERNANDEZ, ALFONSO | 880.53 |
| 01530 | 1/24/2019 | VASQUEZ, JOSE A | 877.66 |
| 01534 | 1/31/2019 | BISHOP, W. CHARLES | 939.92 |
| 01535 | 1/31/2019 | LOPEZ, VINCENT | 947.62 |
| 01536 | 1/31/2019 | BISHOP, DIANA L | 792.18 |
| 01537 | 1/31/2019 | HERNANDEZ, ELAGM | 743.08 |
| 01538 | 1/31/2019 | ACOSTA, ALFONSO | 923.81 |
| 01539 | 1/31/2019 | RUIZ, PASCUAL | 1,029.88 |
| 01540 | 1/31/2019 | ACOSTA, RUBEN S | 732.23 |
| 01541 | 1/31/2019 | HERNANDEZ, ALFONSO | 811.83 |
| 01542 | 1/31/2019 | RODRIGUEZ, JUAN A | 765.20 |
| 01544 | 1/31/2019 | VASQUEZ, JOSE A | 714.21 |
| 01545 | 1/31/2019 | HERNANDEZ, DANIEL A | 1,136.80 |
| 01546 | 1/31/2019 | HERNANDEZ, ALEJANDRO | 881.57 |
| 01547 | 1/31/2019 | Acosta, Alfonso | 70.00 |
| 01548 | 1/31/2019 | WHITE, OSCAR C | 84.22 |
| 01565 | 1/31/2019 | RUIZ, PASCUAL | 763.52 |
| 01566 | 1/31/2019 | White, Oscar | 70.00 |
| | | **Outstanding Checks Totals** | **17,326.66** |

| | |
|---|---|
| Beg. Balance | 5,883.34 |
| 20 Cash Receipts | 94,104.26 |
| 21 Cash Disbursements | (96,814.86) |
| 22 Net Cash Flow | (2,510.60) |
| 23 Cash on hand at the end of the month | 3,172.74 |



# MutualofOmahaBank

3333 Farnam Street
Omaha NE 68131
866.351.5646 (toll free)

Primary Account Number ████1299
Statement Date Jan 31, 2019
Page 1 of 4

BA1W-P190201205511000426



C.B. SERVICES INC
PO BOX 36074
DALLAS TX 75235-1074

## 1299 - MUTUAL BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Beginning Balance | $5,683.34 | Average Daily Balance | $5,952.08 |
| Total Deposits | $94,104.26 | Year-To-Date Interest Paid | $0.00 |
| Total Withdrawals | $96,614.86 | Days in Statement Period | 31 |
| Interest Paid | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | $3,172.74 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| DAILY OVERDRAFT FEE | $20.00 |
| ACCOUNT STATEMENT MA | $5.00 |
| *NOTE: Waived Service Charges* | $10.00 |

## TRANSACTION DETAIL

### DEPOSITS/CREDITS

| Date | Description | Amount |
|---|---|---|
| 01/04 | DEPOSIT | $12,655.28 |
| 01/15 | DEPOSIT | $12,100.00 |
| 01/15 | DEPOSIT | $884.17 |
| 01/18 | DEPOSIT | $63,332.01 |
| 01/31 | DEPOSIT | $5,000.00 |
| 01/31 | DEPOSIT | $132.80 |

### WITHDRAWALS/DEBITS

| Date | Description | Amount |
|---|---|---|
| 01/03 | PAID OD FEE INSUFFICIENT FUNDS | $30.00 |
| 01/22 | CINFIN    INSURANCE W. CHARLES *BISHOP 2258201 | $14,955.00 |
| 01/23 | PAYMENT PROCESS SERVICE FE CB SERVICES, INC. | $10.00 |

BA1W-P190201205511000426
0102000000000000001



Primary Account Number                    ████1299
Statement Date                            Jan 31, 2019
                                          Page 2 of 4

FOR A CHANGE OF NAME OR ADDRESS, PLEASE COMPLETE THE FORM BELOW:

NAME _____

ADDRESS _____

CITY _____ STATE _____ ZIP_____

SOCIAL SECURITY NO._____ DATE _____ / _____ / _____

CLIP AND RETURN TO BANK

-----------------------------------------------------------------------

### HOW TO BALANCE YOUR ACCOUNT

1. Subtract from your check register any service, miscellaneous or automatic charge(s) posted on this statement.
2. Mark (✔) your register after each check listed on front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form at right.
5. The final "balance" in the form to the right should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES" below.

### HINTS FOR FINDING DIFFERENCES

- Recheck all additions and subtractions or corrections.
- Verify the carryover balance from page to page in your check register.
- Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

| | |
|---|---|
| **NEW BALANCE** TRANSFER AMOUNT FROM OTHER SIDE | $ 3,172 74 |
| **ADD:** DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | |
| **SUBTOTAL** | $ |

CHECKS NOT LISTED ON THIS OR PRIOR STATEMENTS

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | |
|---|---|
| **TOTAL CHECKS NOT LISTED** ➡ | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE **BALANCE** | $ |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE.

#### IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

#### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your line of credit statement, write to us at the address listed below. In your letter, give us the following information:
1. Your name and account number,
2. The dollar amount of the suspected error,
3. If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors IN WRITING. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount;
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount;
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance;
- We can apply any unpaid amount against your credit limit.

#### AVERAGE DAILY BALANCE (including new purchases)

This balance is figured by adding the outstanding balance (including new purchases and deducting payments and credits) for each day in the billing cycle, and then dividing by the number of days in the billing cycle.

**IN CASE OF ERROR OR QUESTIONS,
CALL US AT**
402.351.8000 • 866.351.5646
**OR WRITE TO US AT**
MUTUAL OF OMAHA BANK
3333 FARNAM STREET
OMAHA NE 68131

Primary Account Number ....1299
Statement Date
Jan 31, 2019
Page 3 of 4

## WITHDRAWALS/DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 01/23 | XXXX-X0865<br>ALLIANCE PF  PPDINS PMT<br>CB SERVICES, INC. | $4,859.69 |
| 01/31 | XXXX-X0865<br>SERVICE CHARGE | $25.00 |

## CHECKS (IN NUMERIC ORDER)

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 01/09 | 1426 | $946.56 | 01/22 | 1483 | $792.18 |
| 01/22 | 1435 * | $598.15 | 01/17 | 1484 | $370.30 |
| 01/04 | 1445 * | $475.11 | 01/22 | 1485 | $751.46 |
| 01/07 | 1446 | $937.94 | 01/15 | 1486 | $751.46 |
| 01/18 | 1447 | $946.56 | 01/22 | 1487 | $339.84 |
| 01/07 | 1448 | $790.20 | 01/15 | 1488 | $539.78 |
| 01/02 | 1449 | $931.96 | 01/17 | 1489 | $494.54 |
| 01/14 | 1450 | $1,373.76 | 01/15 | 1490 | $562.15 |
| 01/02 | 1453 * | $1,211.52 | 01/22 | 1491 | $468.09 |
| 01/15 | 1456 * | $78.50 | 01/17 | 1492 | $505.78 |
| 01/02 | 1458 * | $1,141.47 | 01/23 | 1493 | $350.47 |
| 01/02 | 1459 | $668.98 | 01/17 | 1494 | $1,138.80 |
| 01/02 | 1460 | $1,137.85 | 01/16 | 1495 | $440.00 |
| 01/02 | 1461 | $844.43 | 01/18 | 1496 | $335.11 |
| 01/14 | 1462 | $939.92 | 01/25 | 1497 | $81.40 |
| 01/23 | 1463 | $947.62 | 01/23 | 1498 | $518.00 |
| 01/16 | 1464 | $792.18 | 01/22 | 1499 | $939.92 |
| 01/17 | 1465 | $736.05 | 01/22 | 1501 * | $792.18 |
| 01/07 | 1467 * | $901.72 | 01/22 | 1502 | $795.81 |
| 01/07 | 1468 | $677.60 | 01/22 | 1503 | $990.10 |
| 01/08 | 1469 | $804.20 | 01/22 | 1504 | $1,029.88 |
| 01/07 | 1470 | $758.20 | 01/24 | 1505 | $552.71 |
| 01/07 | 1471 | $815.23 | 01/23 | 1506 | $880.53 |
| 01/07 | 1472 | $709.87 | 01/23 | 1507 | $828.20 |
| 01/08 | 1473 | $755.53 | 01/22 | 1508 | $870.63 |
| 01/08 | 1474 | $243.80 | 01/22 | 1509 | $830.17 |
| 01/08 | 1475 | $1,138.80 | 01/23 | 1510 | $827.85 |
| 01/07 | 1476 | $517.26 | 01/23 | 1511 | $1,138.80 |
| 01/08 | 1477 | $129.88 | 01/22 | 1512 | $739.01 |
| 01/14 | 1478 | $70.00 | 01/22 | 1513 | $90.00 |
| 01/15 | 1479 | $70.00 | 01/23 | 1514 | $136.65 |
| 01/10 | 1480 | $600.00 | 01/23 | 1515 | $2,152.50 |
| 01/17 | 1481 | $939.92 | 01/23 | 1517 * | $9,486.00 |
| 01/23 | 1482 | $947.62 | 01/22 | 1518 | $2,000.00 |

Member FDIC                 *mutualofomahabank.com*                 ⌂ Equal Housing Lender

BA1W-P190201205511000426
0202000000000000000



| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 01/30 | 1519 | $5,903.94 | 01/30 | 1528 * | $828.20 |
| 01/30 | 1520 | $5,000.00 | 01/29 | 1529 | $881.72 |
| 01/30 | 1524 * | $922.36 | 01/31 | 1531 * | $1,138.80 |
| 01/29 | 1525 | $990.10 | 01/30 | 1532 | $835.43 |
| 01/30 | 1526 | $1,135.93 | | | |

\* Skip in check sequence